UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO.: 00-6098 CIV-JORDAN

Magistrate: MAGISTRATE BANDSTRA

RANULFO ESTRADA JUAREZ,

    Plaintiff,

vs.

WESTRIA HOLDINGS INC. and
MEDITERRANEAN SHIPPING
CO. S.A., in personam; and,
M/V MELODY, her engines, boilers,
tackle, equipment, apparel,
appurtenances, etc., in rem,

    Defendants.

**MOTION FOR APPOINTMENT OF SUBSTITUTE CUSTODIAN**

    Pursuant to Local Admiralty Rule E(10)(c), the Plaintiff, RANULFO ESTRADA JUAREZ, by and through the undersigned attorneys, represent the following:

    1. On or about January 21, 2000, the Plaintiff initiated the above-styled cause against the M/V MELODY, her engines, boilers, tackle, equipment, apparel, appurtenances, etc.

    2. On or about January 21, 2000, the Clerk of the District Court issued a Warrant of Arrest against the M/V MELODY directing the United States Marshal to take custody of the motor vessel, and to retain custody of the motor vessel pending further notice of this Court.

    3. Subsequent to the issuance of the Warrant of Arrest, the United States Marshal will take steps to immediately seize the motor vessel. Thereafter, continual



custody by the United States Marshal will require the services of at least one custodian.

4. Subject to the approval of this Court, the proposed Substitute Custodian, G. Robert Toney & Associates, Inc. d/b/a National Liquidators, 1915 S.W. 21st Avenue, Lauderdale, Florida, 33312, is prepared to provide insurance, security, wharfage, and routine services for the safekeeping of the motor vessel at a cost substantially less than that presently required by the United States Marshal. The Substitute Custodian has also agreed to continue to provide these services pending further order of this Court.

5. G. Robert Toney & Associates, Inc. d/b/a National Liquidators has well recognized capability for the care, maintenance and security of the motor vessel, and insurance in the amount, form and substance required by the Court.

6. G. Robert Toney & Associates, Inc. d/b/a National Liquidators has previously and is presently serving as a Substitute Custodian in the Southern District of Florida.

7. Concurrent with the Court's approval of the Motion for Appointment of Substitute Custodian, the Plaintiff and the Substitute Custodian will file a Consent and Indemnification Agreement in accordance with Local Admiralty Rule E(10)(c)(2).

THEREFORE, in accordance with the representations set forth in this instrument, and subject to the filing of the Consent and Indemnification Agreement, the Plaintiff respectfully requests this Court enter an Order Appointing G. Robert Toney &

DAVID C. RASH, P.A.
88 NORTHEAST 168TH STREET, NORTH MIAMI BEACH, FLORIDA 33162 • TELEPHONE (305) 653-6666 • FACSIMILE (305) 654-8435

Associates, Inc. d/b/a National Liquidators as the Supplemental Substitute Custodian.

Dated this 21st day of January, 2000.

> LAW OFFICES OF DAVID C. RASH, P.A.
> Attorneys for Plaintiffs
> 88 Northeast 168th Street
> North Miami Beach, Florida 33162
> Tel:  (954) 476-1515 (Broward)
> Tel:  (305) 653-6666 (Dade)
> Fax:  (305) 654-8435
>
> by:_____
> DAVID C. RASH, ESQUIRE
> Florida Bar No: 0977764