UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

GAY-JORDAN

CASE NO.: 00-6098

| | |
|---|---|
| RANULFO ESTRADA JUAREZ, | |
| Plaintiff, | Magistrate: |
| vs. | MAGISTRATE BANDSTRA |
| WESTRIA HOLDINGS INC. and MEDITERRANEAN SHIPPING CO. S.A., in personam; and, M/V MELODY, her engines, boilers, tackle, equipment, apparel, appurtenances, etc., in rem, | **CONSENT AND INDEMNIFICATION AGREEMENT FOR THE APPOINTMENT OF SUBSTITUTE CUSTODIAN** |
| Defendants. | |

The Plaintiff, RANULFO ESTRADA JUAREZ, by and through the undersigned attorneys, and G. Robert Toney & Associates, Inc. d/b/a National Liquidators, the proposed Substitute Custodian, hereby expressly release the United States Marshal for this District and the United States Marshal's Service from any and all liability and responsibility for the care and custody of the M/V MELODY while in the hands of the Substitute Custodian, G. Robert Toney & Associates, Inc. d/b/a National Liquidators.

G. Robert Toney & Associates, Inc. d/b/a National Liquidators has in place appropriate insurance coverage and expressly agrees to hold the United States



Marshal's Service harmless from any and all claims whatsoever arising during the period of the substitute custodianship.

SIGNED at Fort Lauderdale, Florida, Broward County, this 21st day of January, 2000.

David C. Rash, Esquire
Law Offices of David C. Rash, P.A.
88 Northeast 168th Street
Miami, Florida 33162
(305) 653-6666

G. Robert Toney & Associates, Inc.
d/b/a National Liquidators
1915 S.W. 21st Avenue
Fort Lauderdale, Florida 33312
(954) 791-9601

2