UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CIV-JORDAN**

IN ADMIRALTY

CASE NO.: **00-6098**

| | |
|---|---|
| RANULFO ESTRADA JUAREZ, | |
| Plaintiff, | Magistrate: **MAGISTRATE BANDSTRA** |
| vs. | |
| WESTRIA HOLDINGS INC. and MEDITERRANEAN SHIPPING CO. S.A., in personam; and, M/V MELODY, her engines, boilers, tackle, equipment, apparel, appurtenances, etc., in rem, | **MOTION FOR ORDER DIRECTING ISSUANCE OF WARRANT OF ARREST IN REM** |
| Defendants. | |



COMES NOW the Plaintiff, RANULFO ESTRADA JUAREZ, by and through his undersigned counsel, and moves this Court for an Order Directing the Issuance of a Warrant of Arrest In Rem pursuant to Supplemental Admiralty Rule C of the Federal Rules of Civil Procedure. This Motion is based upon the Plaintiff's Verified Seaman's Complaint filed herein.

The Plaintiff's Verified Seaman's Complaint set forth a claim for failure to pay maintenance and cure, including but not limited to medical care, food and lodging, and unearned wages, against the M/V MELODY, in rem. Inasmuch as the Plaintiff has set forth therein a prima facie showing that an action in rem exists to support a Warrant of Arrest of the M/V MELODY pursuant to Supplemental Admiralty Rule C and said

Defendant, M/V MELODY, is currently within the District, the Plaintiff respectfully requests that this Court grant this Motion for Order of Issuance of Warrant of Arrest directed to the M/V MELODY.

Dated this ____ day of January, 2000.

                LAW OFFICES OF DAVID C. RASH, P.A.
                Attorneys for Plaintiffs
                88 Northeast 168th Street
                North Miami Beach, Florida 33162
                Tel:   (954) 476-1515 (Broward)
                Tel:   (305) 653-6666 (Dade)
                Fax:  (305) 654-8435

by: _____
     DAVID C. RASH, ESQUIRE
     Florida Bar No: 0977764

2

DAVID C. RASH, P.A.
88 NORTHEAST 168TH STREET, NORTH MIAMI BEACH, FLORIDA 33162 • TELEPHONE (305) 653-6666 • FACSIMILE (305) 654-8435