UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CIV-JORDAN

IN ADMIRALTY

| | |
|---|---|
| RANULFO ESTRADA JUAREZ, ) | CASE NO. 00-6098 |
| Plaintiff, ) | Magistrate: MAGISTRATE BANDSTRA |
| vs. ) | |
| WESTRIA HOLDINGS INC. and ) MEDITERRANEAN SHIPPING ) CO. S.A., in personam; and, ) M/V MELODY, her engines, boilers, ) tackle, equipment, apparel, ) appurtenances, etc., in rem, ) ) Defendants. ) | **MOTION FOR ORDER DIRECTING ISSUANCE OF MARITIME PROCESS OF ATTACHMENT AND GARNISHMENT** |

COMES NOW the Plaintiff, RANULFO ESTRADA JUAREZ, by and through his undersigned counsel, and moves this Court for an Order Directing the Issuance of Maritime Process of Attachment and Garnishment pursuant to Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure. This Motion is based upon the Verified Seaman's Complaint filed herein alleging the Defendants, WESTRIA HOLDINGS INC., MEDITERRANEAN SHIPPING CO. S.A. and the M/V MELODY, are liable to the Plaintiff for failure to pay maintenance and cure, including but not limited to medical care, food and lodging, and unearned wages, and the accompanying Affidavit of David C. Rash, Esquire, that the Defendants, WESTRIA HOLDINGS INC. and MEDITERRANEAN SHIPPING CO. S.A., cannot be found within the District and which testifies to the unsuccessful efforts to find agents or offices of the Defendants, WESTRIA HOLDINGS INC. and

MEDITERRANEAN SHIPPING CO. S.A.

Inasmuch as the Verified Seaman's Complaint sets forth a prima facie showing that the conditions set forth in Supplemental Admiralty Rule B exist for Maritime Attachment and Garnishment and the Defendants, WESTRIA HOLDINGS INC. and MEDITERRANEAN SHIPPING CO. S.A., cannot be found in this District, but own goods, chattels or credits and effects currently within the District, to wit the M/V MELODY, the Plaintiff respectfully requests that this Court grant his Motion for Order of Issuance of Process of Attachment and Garnishment directed to the M/V MELODY.

Dated this 21st day of January, 2000.

LAW OFFICES OF DAVID C. RASH, P.A.<br>
Attorneys for Plaintiffs<br>
88 Northeast 168th Street<br>
North Miami Beach, Florida 33162<br>
Tel:  (954) 476-1515 (Broward)<br>
Tel:  (305) 653-6666 (Dade)<br>
Fax:  (305) 654-8435<br>
<br>
by: _____<br>
DAVID C. RASH, ESQUIRE<br>
Florida Bar No:  0977764

2