UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CIV-JORDAN

IN ADMIRALTY

CASE NO.: 00-6098

Magistrate: **MAGISTRATE BANDSTRA**

RANULFO ESTRADA JUAREZ,

    Plaintiff,

vs.

WESTRIA HOLDINGS INC. and
MEDITERRANEAN SHIPPING
CO. S.A., <u>in personam</u>; and,
M/V MELODY, her engines, boilers,
tackle, equipment, apparel,
appurtenances, etc., <u>in rem</u>,

    Defendants.

**AFFIDAVIT OF
DAVID C. RASH, ESQUIRE**

STATE OF FLORIDA    )
    )SS:
COUNTY OF MIAMI-DADE    )

    BEFORE ME, the undersigned authority, personally appeared DAVID C. RASH, ESQUIRE, who being first duly sworn, deposes and states as follows:

    1. He is the attorney of record for the Plaintiff, RANULFO ESTRADA JUAREZ.

    2. He is familiar with the facts and circumstances of this case, and he submits this Affidavit in support of the Plaintiff's Process of Maritime Attachment and Garnishment pursuant to Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure.

    3. Prior to and at the time of the Plaintiff's request for issuance of Process of Maritime Attachment and Garnishment, efforts were made to locate the Defendants,



WESTRIA HOLDING INC. and MEDITERRANEAN SHIPPING CO. S.A., within this District. The following diligent search was conducted:

    a) search of the telephone directories of Miami-Dade, Monroe, Broward and Palm Beach Counties for listings under WESTRIA HOLDING INC. and MEDITERRANEAN SHIPPING CO. S.A.;

    b) telephone and internet inquiry to the Florida Secretary of State, Division of Corporations, corporate and fictitious name records;

    c) telephone inquiry to the Miami-Dade County Consumer Advocate Division; and,

    d) telephone inquiry to the Greater Miami Chamber of Commerce.

4. No information pertaining to the Defendants, WESTRIA HOLDINGS INC. or MEDITERRANEAN SHIPPING CO. S.A., was obtained through the inquiry.

5. The Defendants, WESTRIA HOLDINGS INC. and MEDITERRANEAN SHIPPING CO. S.A., could not be found within this District pursuant to the meaning of Rule B of the Supplemental Admiralty Rules.

FURTHER AFFIANT SAYETH NAUGHT.

_____
DAVID C. RASH, ESQUIRE

The foregoing instrument was acknowledged before me by David C. Rash, esquire, who is personally known to me and who did take an oath.

IN TESTIMONY WHEREOF, I have hereunto set my hand and seal this 21st day of January, 2000.

_____
Notary Public, State of Florida at Large

Notary Seal 

OFFICIAL NOTARY SEAL
VALERIE DEZII
COMMISSION NUMBER
CC589705
MY COMMISSION EXPIRES
OCT. 17, 2000