UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6098-CIV-JORDAN
IN ADMIRALTY

| | |
|---|---|
| RANULFO ESTRADA JUAREZ, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| WESTRIA HOLDINGS, INC., and MEDITERRANEAN SHIPPING COMPANY, S.A., *in personam*; *M/V MELODY*, etc., *in rem*, | ) ) ) ) |
| Defendants. | ) ) |

FILED by _____ D.C.
DKTG

JAN 4 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## WARRANT FOR ARREST IN REM

TO THE UNITED STATES MARSHAL FOR THE
UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Pursuant to Supplemental Rule C for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and Local Admiralty Rule C, you are directed to arrest defendant vessel, together with her boats, tackle, apparel, furniture, engines, and appurtenances, and to detain her in your custody pending further order of the Court. **This warrant may be executed any time, any day.**

You shall also give notice of the arrest as required by the Supplemental Rules, Local Admiralty Rules, and the practices of your office. In accordance with Local Admiralty Rule C(6), any person claiming an interest in defendant vessel or property must file a claim within ten days after process has been executed and must file an answer within twenty days after filing the claim. Any person claiming an interest in the vessel or property may also pursue the post-arrest remedies set forth in Local Admiralty Rule C(7).

DONE and ORDERED in chambers in Miami, Florida, this 24th day of January, 2000.

_____          _____
Deputy Clerk                                       Adalberto Jordan
                                                            United States District Judge

Plaintiff's Attorney:   David C. Rash
                                Florida Bar No.: 977764
                                88 NE 168 Street
                                North Miami Beach, Florida 33162
                                Phone: 305-653-6666 or 954-476-1515



Certified to be a true and correct copy of the document on file

1/24/00