UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6098-CIV-JORDAN
IN ADMIRALTY

RANULFO ESTRADA JUAREZ,

    Plaintiff,

vs.

WESTRIA HOLDINGS, INC., and
MEDITERRANEAN SHIPPING COMPANY, S.A.,
*in personam*; M/V MELODY, etc., *in rem*,

    Defendants.

FILED by _____ D.C.
DKTG
JAN    2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**ORDER DIRECTING THE ISSUANCE OF A WARRANT FOR ARREST IN REM**

Plaintiff Ranulfo Estrada Juarez alleges that he was a cook aboard the defendant *M/V Melody* when he was diagnosed with cancer. He brings this action for failure to provide cure and maintenance, aggravation of his condition, attorney's fees, punitive damages, and interest. He asks the Court to arrest the *Melody* and attach and garnish the property of Westria Holdings and Mediterranean Shipping Company. The Court defers ruling on the motion for garnishment and attachment. The motion for issuance of a warrant for arrest *in rem* is GRANTED. *See Thorsteinsson v. M/V Drangur*, 891 F.2d 1547, 1551 (11th Cir. 1990) ("The duty of a shipowner to pay a seaman's maintenance and cure has been viewed as creating a maritime lien of the highest priority."). *See also Stevens v. McGinnis, Inc.*, 82 F.3d 1353, 1357 (6th Cir. 1996) ("It is now well-settled that maintenance and cure is payable even though the shipowner is not at fault, and regardless of whether the seaman's employment caused the injury or illness.").

Pursuant to Supplemental Rule C(1) for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and Local Admiralty Rule C, the Clerk is directed to issue a warrant for arrest in this *in rem* action.

Mr. Estrada Juarez contends that, pursuant to 28 U.S.C. § 1916, he is not required to pay costs or fees of the United States Marshal. Mr. Estrada Juarez is incorrect. *See Araya v. McLelland,*



525 F.2d 1194, 1196 (5th Cir. 1976); *Shultz v. M/V Elinor*, 819 F. Supp. 1068, 1069 (S.D. Fla. 1993).

      DONE and ORDERED in chambers in Miami, Florida, this 24th day of January, 2000.

                                                             */s/ Adalberto Jordan*
                                                              Adalberto Jordan
                                                              United States District Judge

Copy to:      David C. Rash, Esq.