UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6098-CIV-JORDAN
IN ADMIRALTY

| | |
|---|---|
| RANULFO ESTRADA JUAREZ, | ) |
| Plaintiff, | ) |
| vs. | ) |
| WESTRIA HOLDINGS, INC., and MEDITERRANEAN SHIPPING COMPANY, S.A., *in personam*; M/V MELODY, etc., *in rem*, | ) |
| Defendants. | ) |

FILED by _____ D.C.

FEB - 1 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**ORDER GRANTING EMERGENCY MOTION FOR LEAVE TO TAKE DEPOSITION**

Plaintiff Ranulfo Estrada Juarez's emergency motion for leave to be immediately deposed [D.E. 10] is GRANTED. The Court does not express any opinion at this time as to the admissibility of Mr. Juarez's testimony should this action proceed to trial. That determination will be made following full adversarial briefing on the issue.

DONE and ORDERED in chambers in Miami, Florida, this 1st day of February, 2000.

_____
Adalberto Jordan
United States District Judge

Copy to:   David C. Rash, Esq.   (Fax: 305-654-8435)

