CIVIL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA


FILED by _____ D.C.
FEB - 4 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Case No. 00-6098-CIV-Jordan    Date Feb. 4, 2000

Clerk Maria Canhuy    Reporter Francene Salopek

Title of Case: Romulo Estrada Juarez, v. Westria Holdings Inc., et al.

P. Attorney David Nash, Esq.

D. Attorney Kenneth Hawker, Esq.

Reason for Hearing: Hearing on Emergency Motion to fix amount and security.

Result of Hearing: Letter of undertaking in the amount of $750,000 to be posted. M/Ship to be seized & arrested. Counsel to set up conference call for 1:30pm 2/4/00, to notify Court of final agreement reached.

Case continued to _____ Time _____ For _____

Misc. _____