FILING FEE
PAID $150.00
In Forma Pauperis 816574
Clarence Maddox, Clerk

UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

RANULFO ESTRADA JUAREZ

    Plaintiff

-vs-

WESTRIA HOLDINGS, INC. and
MEDITERRANEAN SHIPPING CO.
S.A., in personam; and M/V MELODY,
Her engines, boilers, tackle, equipment,
Apparel, appurtenances, etc., in rem,

    Defendants
_____/

CASE NO. 00-CIV-6098

JUDGE ADALBERTO JORDAN
Magistrate Bandstra

FILED BY
00 FEB -7 PH 2:11
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIA.

**MOTION TO APPEAR PRO HAC VICE**

CARY R. WIENER of the law firm of DeOrchis, Walker & Corsa, LLP, 61 Broadway, 26th Floor, New York, New York 10006, pursuant to Local Rule 4(B) of the Special Rules Governing the Admission and Practice of Attorneys for the United States District Court, Southern District of Florida, moves for special admission to appear in the above-styled cause as co-counsel for Claimant, Westria Holdings, Inc., and states as follows:

1.    Movant is an attorney licensed to practice law in the State of New York and has been a member in good standing of the New York Bar since 1980. In addition, movant is member of good standing of the bars of New Jersey, Connecticut, Pennslyvania and the District of Columbia.

2.    Movant is also admitted to practice before the Eleventh Circuit Court of Appeals and the United States Supreme Court.

3.    Movant designates Kenneth Gale Hawkes, Esq., who is qualified to practice in this Court and who consents to designation as local counsel.

4.    Movant certifies that he has never been disbarred and is not currently suspended from



the practice of law in the State of Florida or any other state nor from any United States District Court of Court of Appeals.

5. Movant certifies further that he is familiar with and shall be governed by the Local Rules of this Court, the Rules of Professional Conduct, and all other requirements governing the professional behavior of members of the Florida Bar.

WHEREFORE, movant respectfully requests entry of the attached proposed Order authorizing his special admission to practice in the above-styled cause.

Dated: 3d day of February, 2000.

Respectfully submitted

DeORCHIS, WALKER & CORSA, LLP
61 Broadway, 26th Floor
New York, N.Y. 10006
TEL: (212) 344-4700
FAX: (212) 422-5299

By: _/s/ Cary R. Wiener_
CARY R. WIENER

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was mailed/faxed on this 7th day of February, 2000 to:

David C. Rash, Esq.
88 N.E. 168th Street
No. Miami Beach, Florida 33162

DeORCHIS, CORSA & HILLENBRAND, LLP
2650 Biscayne Blvd.
Miami, Florida 33137
TEL: 305-571-9200
FAX: 305-571-9250

By: _/s/ Kenneth Gale Hawkes_
Kenneth Gale Hawkes