```
-ILED BY            D.C

00 FEB 10  AM 11: 46

CLARENCE MADDOX
CLERK U. S. DIST. CT.
S.D. OF FLA - MIA
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**IN ADMIRALTY**

| | | |
|---|---|---|
| RANULFO ESTRADA JUAREZ, | ) | CASE NO.: 00-6098-CIV-JORDAN |
| | ) | |
| Plaintiff, | ) | Magistrate: Bandstra |
| | ) | |
| vs. | ) | |
| | ) | **EMERGENCY MOTION FOR ORDER** |
| WESTRIA HOLDINGS INC. and | ) | **DIRECTING WESTRIA TO FILE CLAIM** |
| MEDITERRANEAN SHIPPING | ) | **OF OWNER AND ANSWER TO** |
| CO. S.A., in personam; and, | ) | **SEAMAN'S COMPLAINT WITHIN** |
| M/V MELODY, her engines, boilers, | ) | **20 DAYS FROM DATE OF** |
| tackle, equipment, apparel, | ) | **APPEARANCE, OR BY** |
| appurtenances, etc., in rem, | ) | **FEBRUARY 22, 2000, AND** |
| | ) | **INCORPORATED MEMORANDUM OF** |
| Defendants. | ) | **LAW** |
| _____ | ) | |

COMES NOW, the Plaintiff, RANULFO ESTRADA JUAREZ, ("Plaintiff"), by and

through his undersigned attorneys and pursuant to Rule 7.1 of the Local Rules of the

United States District Court for the Souther District if Florida and Rule C(6) of the Local

Admiralty Rules, and respectfully requests this Court enter an Order directing the

Defendant, WESTRIA HOLDINGS INC., ("Westria"), to file a Claim of Owner and

Answer to the Seaman's Complaint within 20 days from the date of their Appearance,

or by February 22, 2000, for the following good reasons:

1. The Plaintiff's deathly condition is well-known to this Court in that he has liver

and/or pancreas cancer and has not been provided any medical treatment by Westria,

or any other entity obligated, since December 19, 1999.

2. The procedural posture is also well-known to the Court in that in lieu of

arresting Westria's cruise ship, M/V MELODY, the Plaintiff has agreed to accept an adequate Letter of Undertaking from its owners, Westria's, Protection and Indemnity Club in the amount ordered by this Court, $750,000.00.

3. Finally, the Plaintiff's willingness to cooperate with Westria is also well-known to this Court in that he has given Westria every opportunity to post an adequate Letter of Undertaking before executing the arrest of the vessel.

4. Despite the Plaintiff's serious condition, and despite the Plaintiff's willingness to cooperate by giving Westria with every opportunity to do so, Westria has failed to post the agreed upon Letter of Undertaking in the amount ordered by this Court.

5. Although the Plaintiff has agreed to accept the proposed Letter of Undertaking dated February 7, 2000, Westria has failed to provide the Plaintiff with the original document as promised. [See Exhibit A].

6. Moreover, Westria has indicted on its proposed Letter of Undertaking dated February 7, 2000, that the telefaxed copy is only "informational material, and not intended as an interim letter of undertaking in any way." [See Exhibit A].

7. Since the time within which Westria is required to file a Claim of Owner and Answer to the Seaman's Complaint would ordinarily be determined by the date of arrest, or in this case, by the date of their posting an acceptable Letter of Undertaking, it appears that Westria is purposefully dragging its feet in providing the agreed upon original Letter of Undertaking so as to delay their having to file the required pleadings under Local Admiralty Rule C(6)(a) and (b).[1]

_____

[1]    Local Admiralty Rule C(6)(a) would ordinarily require Westria to file a Claim of Owner within 10 days of the vessel arrest, or since there is suppose to be no

2

8.  Accordingly, and in order to prevent any further delay, Westria should be directed to file its Claim of Owner and Answer to the Seaman's Complaint within 20 days of February 2, 2000 --- the date it entered a restricted appearance --- or by February 22, 2000.[2]

WHEREFORE, the Plaintiff, RANULFO ESTRADA JUAREZ, respectfully requests that this Court enter an Emergency Order directing the Defendant, WESTRIA HOLDINGS INC., to file a Claim of Owner and Answer to the Seaman's Complaint on or before February 22, 2000.

WE HEREBY CERTIFY that a copy of the foregoing was served by telefax (305-571-9250/212-422-5299) and U.S. Mail this 10th day of February, 2000, on: Kenneth Gale Hawkes, Esquire, DeOrchis, Corsa & Hillenbrand, LLP, 2650 Biscayne Boulevard, Miami, Florida 33137-4531; and, Carey R. Wiener, Esquire, DeOrchis, Walker & Corsa, LLP, 61 Broadway, 26th Floor, New York, New York 10006.

LAW OFFICES OF DAVID C. RASH, P.A.
Attorneys for Plaintiff
88 Northeast 168th Street
North Miami Beach, Florida 33162
Tel:    (954) 476-1515 (Broward)
Tel:    (305) 653-6666 (Dade)
Fax:    (305) 654-8435

by:_____
DAVID C. RASH, ESQUIRE
Florida Bar No: 0977764

---

arrest in this case, within 10 days from posting the Letter of Undertaking. Additionally, Local Admiralty Rule C(6)(b) would ordinarily require Westria to file an Answer to the Seaman's Complaint within 20 days after filing of the Claim of Owner.

[2]    Westria has clearly had ample notice of this action as evidenced not only by its restricted appearance on February 2, 2000, but also by its contemporaneously filed Emergency Motion to Fix Amount and Form of Security. Further, Westria had its New York attorney, Carey R. Wiener, Esquire, file a Motion to Appear Pro Hac Vice, and all parties have been properly served with the Plaintiff's Notice of Deposition setting same on February 18, 2000.

3

# De Orchis, Corsa & Hillenbrand, LLP
### *A Registered Limited Liability Partnership*

Hyman Hillenbrand ‡*
Vincent DeOrchis†
LeRoy S. Corsa†

Michael J. McHale‡‡
Kenneth Gale Hawkes††
Of Counsel

* Resident Partner
‡ Admitted in Florida and New York
† Admitted in New York only
†† Admitted in Florida only
‡‡ Admitted in Florida and Alabama

2650 Biscayne Boulevard
Miami, Florida 33137
**Telephone: (305) 571-9200**
**Telefax: (305) 571-9250**

AN AFFILIATE OF:
DeOrchis, Walker & Corsa, LLP
61 Broadway, 26ᵗʰ Floor
New York, NY 10006-2802
Telephone: (212) 344-4700
Telefax: (212) 509-7886

## TELEPHONE FACSIMILE COVER SHEET

To:        David C. Rash, Esq.                    Date: 02.07.00

Fax No.:   305.654.8435                           YREF: JUAREZ

Attn:                                             OUREF: 1188-396

From: Kenneth Gale Hawkes, Esq.      Re:   L.O.U.            Pgs **3**

Dear Mr. Rash:

Attached, please find the faxed copy of the revised Club Letter of Undertaking received by our office this afternoon. We expect the original to be air couriered to us by tomorrow, and we shall deliver it to you by automobile courier service upon receipt. The faxed copy should not be considered anything more than informational material, and is not intended to serve as an interim letter of undertaking in any way. We trust the wording in this letter will meet with your approval.

Very truly yours,

KENNETH GALE HAWKES, ESQ.

**CONFIDENTIALITY NOTICE**
THIS FACSIMILE AND THE DOCUMENTS ACCOMPANYING IT MAY BE PRIVILEGED AND CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER IS NOT THE INTENDED RECIPIENT, ANY UN-AUTHORIZED USE, DISCLOSURE, COPYING OR DISSEMINATION IS STRICTLY PROHIBITED. IF YOU RECEIVE THIS TRANSMISSION IN ERROR, PLEASE NOTIFY THE SENDER AT 305.571.9200 AND RETURN THIS FACSIMILE AND ANY ATTACHMENTS TO THE SENDER AS SOON AS POSSIBLE. IF LONG DISTANCE, PLEASE CALL COLLECT. THANK YOU.



EXHIBIT
A



**NORTH OF ENGLAND P & I ASSOCIATION** WITH **NEWCASTLE P&I ASSOCIATION**

NORTH OF ENGLAND P&I ASSOCIATION LIMITED
THE QUAYSIDE  NEWCASTLE UPON TYNE  NB1 3DU  UK
TELEPHONE: +44 191 2325221  TELEX: 53634 / 537316
FAX: +44 191 2610548  EMAIL: general@nepia.com

David Rash
56 Northeast 168th Street
North Miami Beach
Florida
USA

| | |
|---|---|
| Our Ref: | 99/023/KMS/DAS/L202005 |
| Your Ref: | Unknown |
| Date: | 7 February 2000 |

Dear Sirs

**"MELODY" - ILLNESS OF RANULFO ESTRADA JUAREZ**

In consideration of your refraining from arresting or otherwise detaining the "MELODY" or any other vessel or property in the same or associated ownership or management or control in connection with the above incident, we, the North of England P & I Association Limited hereby undertake to pay you on demand such sum including interest and costs which may be found due to you in connection with the above incident from the owners of the "MELODY" by final unappealable judgement of a competent court or by final unappealable award of an arbitrator whichever is applicable or by agreement between the parties provided always that our liability under this guarantee will not exceed US$ 750,000 (seven hundred and fifty thousand US dollars) including interest and costs.

We further agree to file or cause to be filed a claim of owner of the M/V "MELODY" in the suit that you have caused to be instituted in the United States District Court for the Southern District of Florida, styled RANULFO ESTRADA JUAREZ v. WESTRIA HOLDINGS INC. and MEDITERRANEAN SHIPPING CO SA. in personam; and, M/V "MELODY", her engines, boilers, tackle, equipment, apparel, appurtenances, etc., in rem, Case Number: 00-6098-CTV-JORDAN, irrespective of the vessel's absence from the jurisdiction.

In connection only with any action you may file to enforce payment under this letter, we agree to submit to the jurisdiction of the US District Court for the Southern District of Florida, with our attorneys authorised to receive service of suit papers on our behalf. This submission to jurisdiction and authorisation to receive suit papers is strictly limited to matters or issues required to enforce payment under this letter in this action only, and we reserve the right to contest jurisdiction and assert the applicable law relating to any claim involving the above incident, or to limit liability. US law shall govern only as to issues requiring the specific enforcement of this letter.

The North of England Protecting and Indemnity Association Limited. Registered in England No. 505456. Registered Office above.
London: Rodwell House, 100 Middlesex Street, London E1 7HD UK. Telephone: +44 171 3770463  Fax: +44 171 3753503.
Hong Kong: 2701 Golden Centre, 188 Des Voeux Road, Central, Hong Kong. Telephone: +852 25446813  Fax +852 25424424.

 

Page 2                                                          2 February 2000

We further agree upon demand, to cause to be filed a bond in form and sufficiency of surety agreed upon by the parties or set by the Court in the above amount, the amount of said bond not to exceed the amount stated above, and in such event, this letter of undertaking shall be returned to the undersigned, and shall be deemed null and void.

This guarantee is given without prejudice to any rights or defences available to the owner of the "MELODY" including the right to limit liability in accordance with applicable law.

Yours faithfully
NORTH OF ENGLAND P&I ASSOCIATION LTD

I HENDERSON
DEPUTY MANAGER (CLAIMS)

FAXED COPY NOT AN INTERIM LETTER OK UNDERTAKING FOR INFORMATIONAL PURPOSES ONLY.