

NIGHT BOX

FEB 1 0 2000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**IN ADMIRALTY**

| | |
|---|---|
| RANULFO ESTRADA JUAREZ, ) | CASE NO.: 00-6098-CIV-JORDAN |
| Plaintiff, ) | Magistrate: Bandstra |
| vs. ) | |
| ) | **NOTICE OF EMERGENCY MOTION** |
| WESTRIA HOLDINGS INC. and ) | **NOW BEING MOOT** |
| MEDITERRANEAN SHIPPING ) | |
| CO. S.A., in personam; and, ) | |
| M/V MELODY, her engines, boilers, ) | |
| tackle, equipment, apparel, ) | |
| appurtenances, etc., in rem, ) | |
| Defendants. ) | |

COMES NOW, the Plaintiff, RANULFO ESTRADA JUAREZ, ("Plaintiff"), by and through his undersigned attorneys and pursuant to the applicable Rules of Civil Procedure hereby gives notice that the Plaintiff's Emergency Motion for Order Directing Westria to File Claim of Owner and Answer to Seaman's Complaint filed on February 10, 2000, is hereby moot and needs no action by the Court.

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a copy of the foregoing was served by telefax (305-571-9250/212-422-5299) and U.S. Mail this 10th day of February, 2000, on: Kenneth Gale Hawkes, Esquire, DeOrchis, Corsa & Hillenbrand, LLP, 2650 Biscayne Boulevard,

DAVID C. RASH, P.A.
88 NORTHEAST 168TH STREET, NORTH MIAMI BEACH, FLORIDA 33162 • TELEPHONE (305) 653-6666 • FACSIMILE (305) 654-8435

Miami, Florida 33137-4531; and, Carey R. Wiener, Esquire, DeOrchis, Walker & Corsa, LLP, 61 Broadway, 26th Floor, New York, New York 10006.

LAW OFFICES OF DAVID C. RASH, P.A.
Attorneys for Plaintiff
88 Northeast 168th Street
North Miami Beach, Florida 33162
Tel:  (954) 476-1515 (Broward)
Tel:  (305) 653-6666 (Dade)
Fax:  (305) 654-8435

by: _____
DAVID C. RASH, ESQUIRE
Florida Bar No: 0977764
