UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

FEB 1 0 2000

RANULFO ESTRADA JUAREZ

Plaintiff

CASE NO. 00-CIV-6098

-vs-

JUDGE ADALBERTO JORDAN
Magistrate Bandstra

WESTRIA HOLDINGS, INC. and
MEDITERRANEAN SHIPPING CO.
S.A., in personam; and M/V MELODY,
Her engines, boilers, tackle, equipment,
Apparel, appurtenances, etc., in rem,

Defendants
_____/

## MOTION FOR RELEASE OF A VESSEL OR PROPERTY
## IN ACCORDANCE WITH SUPPLEMENTAL RULE (E)(5)

In accordance with Supplemental Rule (E)(5) and Local Admiralty Rule E(8)(b), plaintiff, on whose behalf a Warrant For Arrest In Rem has been issued against the M/V MELODY, requests the Court to enter an Order staying the Warrant for Arrest In Rem and the Order Directing the Issuance of a Warrant for Arrest In Rem. This request is made for the following reasons:

> On or about February 7, 2000 the North of England P&I Association, Ltd. issued to David Rash, Esq. a Letter of Undertaking in an amount not to exceed $750,000, the amount of security declared by the Court as adequate and sufficient security for the claims of the plaintiff herein.

DATED at Miami, Florida, this  10th  day of February, 2000.

David C. Rash, Esq.
88 N.E. 168th Street
No. Miami Beach, Florida 33162
FBN 0977764

_____
David C. Rash

cc. Counsel of record