UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6098-CIV-JORDAN
IN ADMIRALTY

RANULFO ESTRADA JUAREZ, )
)
Plaintiff, )
)
vs. )
)
WESTRIA HOLDINGS, INC., and )
MEDITERRANEAN SHIPPING COMPANY, S.A., )
*in personam*; M/V MELODY, etc., *in rem*, )
)
Defendants. )
)

FILED by _____ D.C.
FEB 1 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**ORDER GRANTING MOTION TO ADMIT COUNSEL PRO HAC VICE
AND STAYING EXECUTION OF WARRANT FOR ARREST**

Defendant Westria Holding's motion to admit Cary R. Wiener *pro hac vice* [D.E. 15] is GRANTED.

On February 4, 2000, the Court held a hearing and GRANTED Westria Holdings' motion to fix security for defendant vessel *M/V Melody* [D.E. 12]. The Court determined, pursuant to Supplement Federal Rule of Civil Procedure E(5), that a bond or letter of undertaking in the amount $750,000 would secure plaintiff Ranulfo Estrada Juarez' claims. *See 20th Century Fox Film Corp. v. M.V. Ship Agencies, Inc.*, 992 F. Supp. 1429, 1430–31 (M.D. Fla. 1997); *Folkstone Maritime, Ltd. v. CSX Corp.*, No. 88C4040, 1988 WL 58592, at *1–*2 (N.D. Ill. May 31, 1988). Mr. Estrada Juarez now represents that a letter of undertaking in that amount was provided to his counsel on behalf of Westria Holdings and moves to stay the Warrant For Arrest In Rem issued by the Court on January 7, 2000. Mr. Estrada Juarez' motion [D.E. 18] is GRANTED.



Execution of the Warrant For Arrest In Rem [D.E. 7] is STAYED pending further order of this Court. The parties are ordered to file a copy of the letter of undertaking with the Clerk.

DONE and ORDERED in chambers in Miami, Florida, this 1st day of February, 2000.

_____
Adalberto Jordan
United States District Judge

Copy to:  U.S. Marshal for the Southern District of Florida
David C. Rash, Esq.         (Fax: 305-654-8435)
Kenneth Gale Hawkes      (Fax: 305-571-9250)
Cary R. Wiener                (Fax: 212-422-5299)