UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO. 00-6098-CIV-JORDAN/BANDSTRA

RANULFO ESTRADA JUAREZ,

        Plaintiff,

vs.

WESTRIA HOLDINGS, INC., and
MEDITERRANEAN SHIPPING CO.,
S.A., in personam; and M/V MELODY
Her engines, boilers, tackle, equipment,
apparel, appurtenances, etc., in rem

        Defendants.
_____/

## CLAIM OF OWNER

COMES NOW the Claimant/Owner, WESTRIA HOLDINGS, INC., by and through its undersigned counsel, and alleges that WESTRIA HOLDINGS, INC., is the owner of the vessel *M/V MELODY*, and as such owner, makes claim to the said vessel *M/V MELODY* as the same is proceeded against at the instance of Plaintiff, and the claimant, WESTRIA HOLDINGS, INC., avers that it was at the time of the filing of the Complaint herein, and still is the true and bona fide owner of the said vessel.

This claim is made for the sole purpose of securing to the Claimant the right and privilege of defending on behalf of the vessel, against the Complaint filed herein, and neither the owner nor the vessel by the filing of this Claim of Owner agree to any general appearance or waive any of their rights to file pleadings directed to the Complaint herein or any amendments thereof.



Ranulfo Estrada Juarez vs. Westria Holdings, Inc.
Case No. 00-6098-CIV-JORDAN/BANDSTRA

WESTRIA HOLDINGS, INC., is a foreign corporation with no officers or directors within this District. The undersigned attorney has been authorized to file this Claim of Owner on behalf of WESTRIA HOLDINGS, INC.

_____
REGINALD M. HAYDEN, JR.
As Attorney In Fact
For WESTRIA HOLDINGS, INC.,

Sworn to and Subscribed before me this _16_ day of _February_, 2000, by Reginald M. Hayden, Jr., who is personally known to me.

_____
Notary Public, State of Florida, at Large

My Commission Expires:



GERTRUDE KAASBOL
MY COMMISSION # CC 765692
EXPIRES: 09/01/2002
1-800-3-NOTARY  Fla. Notary Services & Bonding Co.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of the foregoing Claim of Owner was served by mail on this _16_ day of February, 2000, to counsel shown on the attached service list.

HAYDEN AND MILLIKEN, P.A.
5915 Ponce de Leon Blvd.
Suite 63
Miami, Florida 33146
(305) 662-1523

By: _____
Reginald M. Hayden, Jr.
Florida Bar No. 097106

2

Ranulfo Estrada Juarez v.
Westria Holdings, Inc., et al.
U.S.D.C. Case No. 00-6098-CIV-JORDAN-BANDSTRA

David C. Rash, Esq.
Attorney for Plaintiff
88 Northeast 168th Street
North Miami Beach, Florida 33162
Fax No. (305) 654-8435