UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

FILED BY _____ D.C.
2000 FEB 24 PM 2:30
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIA

RANULFO ESTRADA JUAREZ,　　　　　) CASE NO.: 00-6098-CIV-JORDAN
　　　　　　　　　　　　　　　　　　)
　　　　Plaintiff,　　　　　　　　　) Magistrate: Bandstra
　　　　　　　　　　　　　　　　　　)
vs.　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
WESTRIA HOLDINGS INC. and　　　　　) **NOTICE OF FILING AFFIDAVITS OF**
MEDITERRANEAN SHIPPING　　　　　　) **SERVICE OF SUBPOENAS DUCES**
CO. S.A., in personam; and,　　　　) **TECUM FOR DEPOSITION**
M/V MELODY, her engines, boilers, )
tackle, equipment, apparel,　　　　)
appurtenances, etc., in rem,　　　 )
　　　　　　　　　　　　　　　　　　)
　　　　Defendants.　　　　　　　　 )
_____　 )

　　　　COMES NOW the Plaintiff, RANULFO ESTRADA JUAREZ, by and through his undersigned attorney, hereby files with the Clerk a copies of the following documents:

　　　　1. Original Affidavit of Service from Professional Process Servers showing service of Subpoena Duces Tecum for Deposition on February 15, 2000, on the Captain of the M/V MELODY, Captain S. Cappuccio.

　　　　2. Original Affidavit of Service from Professional Process Servers showing service of Subpoena Duces Tecum for Deposition on February 15, 2000, on the Ship's Doctor of the M/V MELODY, Doctor Guerriero.

　　　　I HEREBY CERTIFY that a copy of the foregoing was served by U.S. Mail this 22nd day of February, 2000, on: Kenneth Gale Hawkes, Esquire, DeOrchis, Corsa & Hillenbrand, LLP, 2650 Biscayne Boulevard, Miami, Florida 33137-4531; Carey R. Wiener, Esquire, DeOrchis, Walker & Corsa, LLP, 61 Broadway, 26th Floor, New York, New York

10006; and Reginald M. Hayden, Jr., Esquire, Hayden and Milliken, P.A., 5915 Ponce de Leon Boulevard, Suite 63, Miami, Florida, 33146.

> LAW OFFICES OF DAVID C. RASH, P.A.
> Attorneys for Plaintiff
> 88 Northeast 169th Street
> North Miami Beach, Florida 33162
> Tel: (305) 653-6666 (Dade)
> Tel: (954) 476-1515 (Broward)
> Fax: (305) 654-8435
>
> by: _____
> DAVID C. RASH, ESQUIRE
> Florida Bar No: 0977764

2

## AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: 00-6098 CIV JORDAN

Plaintiff:
RANULFO ESTRADA JUAREZ,

vs.

Defendant:
WESTRIA HOLDINGS INC., ET AL.,

For:
David Rash, Esquire
88 N.E. 168 Street
North Miami Beach FL 33178

Received by Professional Process Servers on the **15th day of February, 2000** at **2:11 pm** to be served on **CAPTAIN OF M/V MELODY, PIER 25, PORT EVERGLADES, FL.**

I, Robert W. Fischer, being duly sworn, depose and say that on the **15th day of February, 2000** at **3:40 pm, I:**

INDIVIDUALLY SERVED the within named person with a true copy of this **SUBPOENA IN A CIVIL CASE** with the date and hour endorsed thereon by me.

**Comments pertaining to this Service:**
INDIVIDUALLLY SERVED CAPTAIN S. CAPPUCCIO.

Under penalty of perjury, I do hereby certify that I have read the foregoing Affidavit of Service and that the facts stated in it are true. I have no interest in the above action. I am a Special Process Server in the county in which it was served in good standing.

OFFICIAL NOTARY SEAL
C NUNEZ
NOTARY PUBLIC STATE OF FLORIDA
COMMISSION NO. CC739240
MY COMMISSION EXP. MAY 4, 2002

Subscribed and Sworn to before me on the 16th day of February, 2000 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

Robert W. Fischer
241

**Professional Process Servers**
1749 N.E. 26th Street
Suite C
Wilton Manors, FL 33305
(954) 566-2523
Our Job Serial Number: 2000002304

# Issued by the
## UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

RANULFO ESTRADA JUAREZ,
    Plaintiff,
V.
WESTRIA HOLDINGS INC. et al.,
    Defendants.

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER: 00-6098-CIV-JORDAN

Magistrate: Bandstra

TO: Captain of M/V MELODY
Pier 25, Port Everglades, Florida

CAPT. S. CAPPUCCIO

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

SERVED
DATE: 2/800  TIME: 3:6 PM
BY: [signature]
A BROWARD COUNTY
SPECIAL PROCESS SERVER
IN GOOD STANDING #____

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Esquire Deposition Services, 1218 Southeast Third Avenue Fort Lauderdale, Florida 33316 | March 8, 2000 11:00 A.M. |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

1. Ship's Articles for 1999 and 2000
2. Plaintiff's Employment Agreement
3. Wage Sheets for 1999 and 2000
4. Deck, Engine & Medical Logs for 1999 and 2000
5. Ship's Medical Records of Plaintiff
6. Crew List for 1999 and 2000

| PLACE | DATE AND TIME |
|---|---|
| Esquire Deposition Services, 1218 Southeast Third Avenue Fort Lauderdale, Florida 33316 | March 8, 2000 11:00 A.M. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] attorney for Plaintiff | 2/14/00 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

David C. Rash, Esquire, 88 Northeast 168th Street, North Miami Beach, FL 33162
(305) 653-6666

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

[1] If action is pending in district other than district of issuance, state district under case number.

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: 00-6098 CIV JORDAN

Plaintiff:
RANULFO ESTRADA JUAREZ,

vs.

Defendant:
WESTRIA HOLDINGS INC., ET AL.,

For:
David Rash, Esquire
88 N.E. 168 Street
North Miami Beach FL 33178

Received by Professional Process Servers on the **15th day of February, 2000** at **2:11 pm** to be served on **SHIP'S DOCTOR OF M/V MELODY, PIER 25, PORT EVERGLADES, FL.**.

I, Robert W. Fischer, being duly sworn, depose and say that on the **15th day of February, 2000** at **4:10 pm**, I:

INDIVIDUALLY SERVED the within named person with a true copy of this **SUBPOENA IN A CIVIL CASE** with the date and hour endorsed thereon by me.

**Comments pertaining to this Service:**
INDIVIDUALLY SERVED DOCTOR GUERRIERO.

Under penalty of perjury, I do hereby certify that I have read the foregoing Affidavit of Service and that the facts stated in it are true. I have no interest in the above action. I am a Special Process Server in the county in which it was served in good standing..

OFFICIAL NOTARY SEAL
C NUNEZ
NOTARY PUBLIC STATE OF FLORIDA
COMMISSION NO. CC739240
MY COMMISSION EXP. MAY 4, 2002

Subscribed and Sworn to before me on the 16th day of February, 2000 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

_____
Robert W. Fischer
241

**Professional Process Servers**
1749 N.E. 26th Street
Suite C
Wilton Manors, FL 33305
(954) 566-2523
Our Job Serial Number: 2000002303

# Issued by the
# UNITED STATES DISTRICT COURT

SOUTHERN ———————— DISTRICT OF ———————— FLORIDA

RANULFO ESTRADA JUAREZ,
    Plaintiff,
V.

WESTRIA HOLDINGS INC., et al.,
    Defendants.

## SUBPOENA IN A CIVIL CASE

CASE NUMBER:[1] 00-6098-CIV-JORDAN

Magistrate: Bandstra

TO: Ship's Doctor of M/V MELODY
Pier 25, Port Everglades, Florida

*Dr. Guerriero*

SERVED:
DATE: 2-2-00  TIME: 4:10 PM
BY: [signature]
A BROWARD COUNTY SPECIAL PROCESS SERVER IN GOOD STANDING #___

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Esquire Deposition Services, 1218 Southeast Third Avenue Fort Lauderdale, Florida 33316 | March 8, 2000 1:00 P.M. |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

1. Plaintiff's Medical Records
2. Plaintiff's Medical Referral Forms
3. Medical Log for 1999 and 2000
4. Current C.V. for Doctor
5. Any and all photographs, videos or other recordings of Plaintiff

| PLACE | DATE AND TIME |
|---|---|
| Esquire Deposition Services, 1218 Southeast Third Avenue Fort Lauderdale, Florida 33316 | March 8, 2000 1:00 P.M. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] Attorney for Plaintiff | 2/14/00 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

David C. Rash, Esquire, 88 Northeast 168th Street, North Miami Beach, FL 33162
(305) 653-6666

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

[1] If action is pending in district other than district of issuance, state district under case number.