UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY _____ D.C.

2000 FEB 24  PM 3:06

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIA

**IN ADMIRALTY**

| | |
|---|---|
| RANULFO ESTRADA JUAREZ, ) | CASE NO.: 00-6098-CIV-JORDAN |
| Plaintiff, ) | Magistrate: Bandstra |
| vs. ) | |
| WESTRIA HOLDINGS INC. and ) MEDITERRANEAN SHIPPING ) CO. S.A., in personam; and, ) M/V MELODY, her engines, boilers, ) tackle, equipment, apparel, ) appurtenances, etc., in rem, ) | **NOTICE OF FILING COPY OF LETTER OF UNDERTAKING** |
| Defendants. ) | |

COMES NOW the Plaintiff, RANULFO ESTRADA JUAREZ, by and through his undersigned attorney and pursuant to the Court's Order dated February 15, 2000, hereby files with the Clerk a copy of the following document:

1. Letter of Undertaking dated February 7, 2000, in the amount of $750,000.00 from North of England P & I Association Limited.

I HEREBY CERTIFY that a copy of the foregoing was served by U.S. Mail this 22nd day of February, 2000, on: Kenneth Gale Hawkes, Esquire, DeOrchis, Corsa & Hillenbrand, LLP, 2650 Biscayne Boulevard, Miami, Florida 33137-4531; Carey R. Wiener, Esquire, DeOrchis, Walker & Corsa, LLP, 61 Broadway, 26th Floor, New York, New York

10006; and Reginald M. Hayden, Jr., Esquire, Hayden and Milliken, P.A., 5915 Ponce de Leon Boulevard, Suite 63, Miami, Florida, 33146.

LAW OFFICES OF DAVID C. RASH, P.A.
Attorneys for Plaintiff
88 Northeast 169th Street
North Miami Beach, Florida 33162
Tel: (305) 653-6666 (Dade)
Tel: (954) 476-1515 (Broward)
Fax: (305) 654-8435

by: _____
DAVID C. RASH, ESQUIRE
Florida Bar No: 0977764

**NORTH OF ENGLAND P&I ASSOCIATION** WITH
**NEWCASTLE P&I ASSOCIATION**

NORTH OF ENGLAND P&I ASSOCIATION LIMITED
THE QUAYSIDE  NEWCASTLE UPON TYNE  NE1 3DU  UK
TELEPHONE: +44 191 2325221  TELEX: 53634 / 537316
FAX: +44 191 2610540  E-MAIL: general@nepia.com

David Rash
56 Northeast 168th Street
North Miami Beach
Florida
USA

Our Ref:    99/023/KMS/DAS/L202005
Your Ref:   Unknown
Date:       7 February 2000

Dear Sirs

**"MELODY" - ILLNESS OF RANULFO ESTRADA JUAREZ**

In consideration of your refraining from arresting or otherwise detaining the "MELODY" or any other vessel or property in the same or associated ownership or management or control in connection with the above incident, we, the North of England P & I Association Limited hereby undertake to pay you on demand such sum including interest and costs which may be found due to you in connection with the above incident from the owners of the "MELODY" by final unappealable judgement of a competent court or by final unappealable award of an arbitrator whichever is applicable or by agreement between the parties provided always that our liability under this guarantee will not exceed US$ 750,000 (seven hundred and fifty thousand US dollars) including interest and costs.

We further agree to file or cause to be filed a claim of owner of the M/V "MELODY" in the suit that you have caused to be instituted in the United States District Court for the Southern District of Florida, styled RANULFO ESTRADA JUAREZ v. WESTRIA HOLDINGS INC. and MEDITERRANEAN SHIPPING CO SA, in personam; and, M/V "MELODY", her engines, boilers, tackle, equipment, apparel, appurtenances, etc., in rem, Case Number: 00-6098-CTV-JORDAN, irrespective of the vessel's absence from the jurisdiction.

In connection only with any action you may file to enforce payment under this letter, we agree to submit to the jurisdiction of the US District Court for the Southern District of Florida, with our attorneys authorised to receive service of suit papers on our behalf. This submission to jurisdiction and authorisation to receive suit papers is strictly limited to matters or issues required to enforce payment under this letter in this action only, and we reserve the right to contest jurisdiction and assert the applicable law relating to any claim involving the above incident, or to limit liability. US law shall govern only as to issues requiring the specific enforcement of this letter.

The North of England Protecting and Indemnity Association Limited. Registered in England No. 505456. Registered Office above.
London: Rodwell House, 100 Middlesex Street, London E1 7HD UK. Telephone: +44 171 3770463  Fax: +44 171 3751503.
Hong Kong: 2701 Golden Centre, 188 Des Voeux Road, Central, Hong Kong. Telephone: +852 25446813  Fax: +852 25424424.




Page 2									2 February 2000

We further agree upon demand, to cause to be filed a bond in form and sufficiency of surety agreed upon by the parties or set by the Court in the above amount, the amount of said bond not to exceed the amount stated above, and in such event, this letter of undertaking shall be returned to the undersigned, and shall be deemed null and void.

This guarantee is given without prejudice to any rights or defences available to the owner of the "MELODY" including the right to limit liability in accordance with applicable law.

Yours faithfully
NORTH OF ENGLAND P&I ASSOCIATION LTD

I HENDERSON
DEPUTY MANAGER (CLAIMS)