UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY _____ D.C.

2000 MAR 29 AM 11:03

CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

**IN ADMIRALTY**

| | |
|---|---|
| RANULFO ESTRADA JUAREZ, ) | CASE NO.: 00-6098-CIV-JORDAN |
| Plaintiff, ) | Magistrate: Bandstra |
| vs. ) | |
| WESTRIA HOLDINGS INC. and ) | **MOTION FOR SUBSTITUTION OF** |
| MEDITERRANEAN SHIPPING ) | **OF PARTIES AND INCORPORATED** |
| CO. S.A., in personam; and, ) | **MEMORANDUM OF LAW** |
| M/V MELODY, her engines, boilers, ) | |
| tackle, equipment, apparel, ) | |
| appurtenances, etc., in rem, ) | |
| Defendants. ) | |

COMES NOW, MARIQUITA ESTRADA JUAREZ, as surviving spouse and Personal Representative of the Estate of RANULFO ESTRADA JUAREZ Deceased, by and through her undersigned attorney and pursuant to Fed. R. Civ. P. 25(a)(1), and respectfully requests this Honorable Court enter an Order substituting her as the proper party in this action, for the following reasons:

1. On or about March 20, 2000, the Plaintiff, RANULFO ESTRADA JUAREZ, died as a result of his cancer illness, which manifested itself while he was a seaman in the course and scope of this employment as a crew member aboard the cruise ship, M/V MELODY, and while the vessel was in foreign territorial, navigable waters.

2. Under the Title 46 U.S.C. §688 et seq., ("Jones Act"), Title 46 U.S.C. 761 et seq., (Death on the High Seas Act - "DOHSA"), and the General Maritime Law of Unseaworthiness, the decedent seaman, RANULFO ESTRADA JUAREZ's, surviving spouse, children, parents, dependent relatives, as well as his Estate, have in personam

and in rem wrongful death claims and/or survival claims against any person at fault, including but not limited to the decedent's employer, the vessel owner and the vessel. See 46 U.S.C. 688 et seq.; 46 U.S.C. 761 et seq.; Moragne v. State Marine Lines, Inc., 398 U.S. 375, 1970 AMC 967 (1970).[1]

3. MARIQUITA ESTRADA JUAREZ is the surviving spouse of the deceased Plaintiff, RANULFO ESTRADA JUAREZ, and she is the Personal Representative of the Estate of RANULFO ESTRADA JUAREZ, Deceased.

4. Fed. R. Civ. P. 25(a)(1) states that "[i]f a party dies and the claim is not thereby extinguished, the court may order substitution of the proper parties. The motion for substitution may be made by any party or by the successors or representatives of the deceased party . . . ." Fed. R. Civ. P. 25(a)(1).

5. Accordingly, MARIQUITA ESTRADA JUAREZ, as surviving spouse and Personal Representative of the Estate of RANULFO ESTRADA JUAREZ, Deceased, respectfully requests this Honorable Court enter an Order substituting her as the proper party in this action.

6. The undersigned counsel has contacted Reginald M. Hayden, Jr., counsel for the Defendant-vessel owner, WESTRIA HOLDINGS INC., and while he stated has no objection to the filing of this motion, he indicated he needs a chance to read and research the substantive matters raised herein before he can adequately state any

---

[1] Once MARIQUITA ESTRADA JUAREZ is substituted as the proper party in this action, it is her intention to move for leave of this Honorable Court to amend the Seaman's Complaint for Damages and Demand for Jury Trial in order to assert the new wrongful death and survival claims, as well as name additional defendants that discovery has recently identified as parties who may be liable in whole or in part for the damages claimed.

2

objections hereto.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a copy of the foregoing was served by U.S. Mail this 27th day of March, 2000, on: Reginald M. Hayden, Jr., Esquire, Hayden and Milliken, P.A., 5915 Ponce de Leon Boulevard, Suite 63, Miami, Florida, 33146.

LAW OFFICES OF DAVID C. RASH, P.A.
Attorneys for Plaintiff
88 Northeast 168th Street
North Miami Beach, Florida 33162
Tel:   (954) 476-1515 (Broward)
Tel:   (305) 653-6666 (Dade)
Fax:   (305) 654-8435

by: _____
DAVID C. RASH, ESQUIRE
Florida Bar No: 0977764

3

DAVID C. RASH, P.A.
88 NORTHEAST 168TH STREET, NORTH MIAMI BEACH, FLORIDA 33162 • TELEPHONE (305) 653-6666 • FACSIMILE (305) 654-8435