UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

| | |
|---|---|
| RANULFO ESTRADA JUAREZ, | CASE NO.: 00-6098-CIV-JORDAN |
| Plaintiff, | Magistrate: Bandstra |
| vs. | |
| WESTRIA HOLDINGS INC. and MEDITERRANEAN SHIPPING CO. S.A., in personam; and, M/V MELODY, her engines, boilers, tackle, equipment, apparel, appurtenances, etc., in rem, | **SUGGESTION OF DEATH UPON THE RECORD UNDER RULE 25(a)(1)** |
| Defendants. | |

MARIQUITA ESTRADA JUAREZ, the surviving spouse and Personal Representative of the Estate of RANULFO ESTRADA JUAREZ, Deceased, suggests upon the record pursuant to Fed. R. Civ. P. 25(a)(1), the death of her husband and Plaintiff, RANULFO ESTRADA JUAREZ, during the pendency of this action.

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a copy of the foregoing was served by U.S. Mail this 27th day of March, 2000, on: Reginald M. Hayden, Jr., Esquire, Hayden and Milliken, P.A., 5915 Ponce de Leon Boulevard, Suite 63, Miami, Florida, 33146.

LAW OFFICES OF DAVID C. RASH, P.A.
Attorneys for Plaintiff
88 Northeast 168th Street
North Miami Beach, Florida 33162
Tel: (954) 476-1515 (Broward)
Tel: (305) 653-6666 (Dade)
Fax: (305) 654-8435

by:_____
DAVID C. RASH, ESQUIRE
Florida Bar No: 0977764