UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6098-CIV-JORDAN

RANULFO ESTRADA JUAREZ )
)
Plaintiff(s), )
)
vs. )
)
WESTRIA HOLDINGS INC., et al )
)
Defendant(s). )
_____ )

FILED by _____ D.C.
APR - 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

## NOTICE OF HEARING

This case is set for a status conference, before District Judge Adalberto Jordan at 3:30 p.m., on Friday, April 14, 2000, at 301 North Miami Avenue, Courtroom 8 on the Eighth Floor, Miami, Florida 33128.

Adalberto Jordan
United States District Judge
By: _____
Courtroom Deputy

Copies furnished to:
David C. Rash, Esq.
Reginald M. Hayden, Esq.

