**CIVIL MINUTES**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

FILED by _____ D.C.

APR 1 4 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

Case No. _00-6098-civ-Jorden_ Date _4/14/00_

Clerk _Maria E. Collins_ Reporter _Francine Saloper_

Title of Case _____

P. Attorney _David Nash, Esq_

D. Attorney _Reginald Hayden,_

Reason for Hearing _Status Hearing_

Result of Hearing _Within 17 days Plaintiff will file an amended
complaint or motion for leave to file it. Opposing
to file response according to local rules. After
court reviews all filings will set a schedule._

Case continued to _____ Time _____ For _____

Misc. _____