UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
IN ADMIRALTY

CASE NO. 00-6098-CIV-JORDAN/BANDSTRA

RANULFO ESTRADA JUAREZ,

        Plaintiff,

vs.

WESTRIA HOLDINGS, INC., and
in personam; and M/V MELODY,
her engines, boilers, tackle,
equipment, apparel, appurtenances,
etc., in rem,

        Defendants.
_____/

**MOTION FOR ENLARGEMENT OF TIME TOGETHER
WITH MEMORANDUM OF LAW IN SUPPORT THEREOF**

COMES NOW WESTRIA HOLDINGS, INC., as Claimant/Owner of the M/V MELODY, in rem, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b), and files this Motion for Enlargement of Time to and including May 1, 2000, to file answers to Interrogatories 1 through 3 mailed to it on March 29, 2000. In support thereof, WESTRIA HOLDINGS, INC., states that it has served this date its objections to Interrogatories 4 and 5, and it needs additional time to obtain the information requested by Interrogatories 1, 2 and 3. Plaintiff will not be prejudiced by granting this enlargement of time.



## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true copy of the foregoing was served by mail and by fax number (305) 654-8435 to David C. Rash, Esq., Attorney for Plaintiff, 88 N.E. 168th Street, North Miami Beach, Florida 33162, on May 1, 2000.

        HAYDEN AND MILLIKEN, P.A.
        Attorneys for Defendant
        5915 Ponce de Leon Blvd., #63
        Miami, Florida 33146
        Phone: (305) 662-1523

By: _____
     Richard R. McCormack, Esq.
     Fla. Bar No. 168850