

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**IN ADMIRALTY**

| | |
|---|---|
| RANULFO ESTRADA JUAREZ, ) | CASE NO.: 00-6098-CIV-JORDAN |
| Plaintiff, ) | Magistrate: Bandstra |
| vs. ) | |
| WESTRIA HOLDINGS INC. and ) | **REQUEST FOR HEARING ON** |
| MEDITERRANEAN SHIPPING ) | **PLAINTIFF'S MOTION TO COMPEL** |
| CO. S.A., in personam; and, ) | **DISCOVERY** |
| M/V MELODY, her engines, boilers, ) | |
| tackle, equipment, apparel, ) | |
| appurtenances, etc., in rem, ) | |
| Defendants. ) | |

COMES NOW, the Plaintiff, RANULFO ESTRADA JUAREZ ("Mr. Juarez"), by and through his undersigned attorney and pursuant to S.D. Fla. L.R. 7.1 B. 1, and respectfully requests this Honorable Court set a hearing on his Motion to Compel Discovery dated May 8, 2000, for the following reasons:

1. Mr. Juarez estimates that 45 minutes to 1 hour will be necessary for this Honorable Court to hear his Motion to Compel Discovery dated May 8, 2000, in which Mr. Juarez seeks documents, items and things to which approximately 45 objections, evasive and incomplete responses were made by the Defendant, WESTRIA HOLDINGS INC., ("Westria").

2. Mr. Juarez submits that a hearing is necessary in order to flush out and adequately present the critical issues not only raised by the Motion to Compel, but also in terms of Westria's objections despite raising jurisdictional and forum non conveniens

defenses.

WHEREFORE, the Plaintiff, RANULFO ESTRADA JUAREZ, respectfully requests that this Honorable Court set at least a 45 minute hearing on Mr. Juarez's Motion to Compel Discovery dated May 8, 2000.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a copy of the foregoing was served by U.S. Mail this 8th day of May, 2000, on: Reginald M. Hayden, Jr., Esquire, Hayden and Milliken, P.A., 5915 Ponce de Leon Boulevard, Suite 63, Miami, Florida, 33146.

LAW OFFICES OF DAVID C. RASH, P.A.
Attorneys for Plaintiff
88 Northeast 168th Street
North Miami Beach, Florida 33162
Tel: (954) 476-1515 (Broward)
Tel: (305) 653-6666 (Dade)
Fax: (305) 654-8435

by: _____
DAVID C. RASH, ESQUIRE
Florida Bar No: 0977764