UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
IN ADMIRALTY

CASE NO. 00-6098-CIV-JORDAN

Magistrate: Ted E. Bandstra

RANULFO ESTRADA JUAREZ,

    Plaintiff,

vs.

WESTRIA HOLDINGS, INC., and
in personam; and M/V MELODY,
her engines, boilers, tackle,
equipment, apparel, appurtenances,
etc., in rem,

    Defendants.
_____ /



## MOTION FOR ENLARGEMENT OF TIME

COMES NOW WESTRIA HOLDINGS, INC., as Claimant/Owner of the M/V MELODY, in rem, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b), and hereby requests a ten (10) day enlargement of time, to and including May 18, 2000, in which to serve its Response to Plaintiff's Amended Motion for Substitution of Parties and Motion for Leave to File Amended Verified Seaman's Complaint for Wrongful Death with Request for Rule C Arrest, with Incorporated Memorandum of Law filed in the above matter, and as grounds therefore states as follows:

1.    On or about April 24, 2000, Plaintiff's counsel mailed a Amended Motion for Substitution of Parties and Motion for Leave to File Amended Verified Seaman's Complaint for Wrongful Death with Request for Rule C Arrest, with Incorporated Memorandum of

Case No.: 00-6098-JORDAN/BANDSTRA

Law. Defendant's response to said Motion is due to be filed on May 8, 2000.

2. Due to various deadlines the undersigned has been unable to complete the necessary research and prepare its response to these motions.

3. Additionally, the undersigned will be out of the state until May 13, 2000, and, upon his return will need additional time to complete the response to Plaintiff's Motions.

4. That the parties will not be prejudiced by this extension of time. Furthermore, this motion is made in good faith and not for purposes of delay.

5. Counsel for the Defendant has attempted to contact counsel for the Plaintiff, but was unable to reach him.

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true copy of the foregoing was served by mail and fax number (305) 654-8435 to David C. Rash, Esq., Attorney for Plaintiff, 88 N.E. 168th Street, North Miami Beach, Florida 33162, this 8th day of May, 2000.

HAYDEN AND MILLIKEN, P.A.
Attorneys for Defendant
5915 Ponce de Leon Blvd., #63
Miami, Florida 33146
Phone: (305) 662-1523

By: /s/ Richard R. McCormack
Richard R. McCormack, Esq.
Fla. Bar No. 168850