UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6098-CIV-JORDAN
IN ADMIRALTY

FILED by _____ D.C.
MAY 18 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

| | |
|---|---|
| RANULFO ESTRADA JUAREZ | ) |
| Plaintiff | ) |
| vs. | ) |
| WESTRIA HOLDINGS, INC., and MEDITERRANEAN SHIPPING COMPANY, S.A., *in personam*; *M/V MELODY*, etc., *in rem* | ) |
| Defendants | ) |

**ORDER GRANTING MOTION FOR EXTENSION OF TIME**

Defendant Westria Holdings' motion for additional time in which to respond to Ranulfo Estrada Juarez's amended motion for substitution of parties [D.E. 36] is GRANTED. Westria Holdings shall respond by no later than May 22, 2000.

DONE and ORDERED in chambers in Miami, Florida, this 17th day of May, 2000.

_____
Adalberto Jordan
United States District Judge

Copy to:   David C. Rash, Esq.         (Fax: 305-654-8435)
           Kenneth Gale Hawkes         (Fax: 305-571-9250)
           Cary R. Wiener              (Fax:  212-422-5299)

