UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
IN ADMIRALTY

CASE NO. 00-6098-CIV-JORDAN

Magistrate: Ted E. Bandstra

RANULFO ESTRADA JUAREZ,

        Plaintiff,

vs.

WESTRIA HOLDINGS, INC., and
in personam; and M/V MELODY,
her engines, boilers, tackle,
equipment, apparel, appurtenances,
etc., in rem,

        Defendants.
_____/

## MOTION FOR ENLARGEMENT OF TIME

COMES NOW WESTRIA HOLDINGS, INC., as Claimant/Owner of the M/V MELODY, in rem, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b), and hereby requests an additional fifteen (15) day enlargement of time, to and including June 6, 2000, in which to serve its Response Motion to Compel Discovery with Certificate of Counsel and Incorporated Memorandum of Law, filed in the above matter, and as grounds therefore states as follows:

1. On or about May 8, 2000, Plaintiff's counsel mailed its Motion to Compel Discovery with Certificate of Counsel and Incorporated Memorandum of Law. Defendant's response to this Motion is due to be filed on May 21, 2000.

2. Plaintiff's Motion is voluminous, consisting of approximately 120 separate



NON-COMPLIANCE OF S.D. fla. L.R. S.IM 1

Case No.: 00-6098-JORDAN/BANDSTRA

paragraphs.

4. Undersigned counsel will require additional time review and respond to each of the various 120 paragraphs contained in Plaintiff's Motion.

5. That the parties will not be prejudiced by this extension of time. Furthermore, this motion is made in good faith and not for purposes of delay.

6. The undersigned has contacted opposing counsel and is authorized to represent that he has no objection to the requested enlargement of time.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true copy of the foregoing was served by mail and fax number (305) 654-8435 to David C. Rash, Esq., Attorney for Plaintiff, 88 N.E. 168th Street, North Miami Beach, Florida 33162, this ___ day of May, 2000.

HAYDEN AND MILLIKEN, P.A.
Attorneys for Defendant
5915 Ponce de Leon Blvd., #63
Miami, Florida 33146
Phone: (305) 662-1523

By: _____
Richard R. McCormack, Esq.
Fla. Bar No. 168850