UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
IN ADMIRALTY

CASE NO. 00-6098-CIV-JORDAN
Magistrate: Ted E. Bandstra

RANULFO ESTRADA JUAREZ,

        Plaintiff,

vs.

WESTRIA HOLDINGS, INC., and
in personam; and M/V MELODY,
her engines, boilers, tackle,
equipment, apparel, appurtenances,
etc., in rem,

        Defendants.
_____/

## NOTICE OF FILING

Defendant, WESTRIA HOLDING, INC. by and through its undersigned attorney hereby gives notice of filing the attached original affidavit of ANTONIA GONZALEZ PEREZ, President of WESTRIA HOLDING, INC.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true copy of the foregoing was served by mail to David C. Rash, Esq., Attorney for Plaintiff, 88 N.E. 168th Street, North Miami Beach, Florida 33162, this 23rd day of May, 2000.

HAYDEN AND MILLIKEN, P.A.
Attorneys for Defendant
5915 Ponce de Leon Blvd., #63
Miami, Florida 33146
Phone: (305) 662-1523

By: _____
    Richard R. McCormack
    Fla. Bar No. 168850

## AFFIDAVIT

Before me, RAFAEL FERNANDEZ LARA, Public Notary Ninth, with i.d. card No. 8-211-1600, the undersigned authority, personally appeared ANTONIA GONZALEZ PEREZ, who after being first duly sworn, deposes and says:

1. I am the President of WESTRIA HOLDINGS INC., I have first knowledge of the facts as hereafter recited in this Affidavit.

2. The owner of the M/S "MELODY" is Westria Holdings Inc., a corporation duly in existence and recorded at Microfiche 324517, Roll 52433 and Image 0070, which is incorporated in the Republic of Panama.

3. Westria Holdings Inc., has a relationship with Mediterranean Shipping Company, S.A. Further MEDITERRANEAN SHIPPING COMPANY srl, with address in Corso Italy, 214 – 80063 Piano di Sorrento NA/Italy, is the authorized administrator and responsible to comply with International Convention of Safety in the Sea (Solas), 1974 and its amendments.

4. Westria Holdings Inc., has no offices in the United States.

5. They have no bank accounts in the United States.

6. ~~property~~ in the United States.