

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**IN ADMIRALTY**

| | |
|---|---|
| RANULFO ESTRADA JUAREZ, ) | CASE NO.: 00-6098-CIV-JORDAN |
| ) | |
| Plaintiff, ) | Magistrate: Bandstra |
| ) | |
| vs. ) | |
| ) | |
| WESTRIA HOLDINGS INC. and ) | **NOTICE OF FILING AFFIDAVITS OF** |
| MEDITERRANEAN SHIPPING ) | **SERVICE OF SUBPOENA FOR** |
| CO. S.A., in personam; and, ) | **DEPOSITION OF RUDY PADILLA** |
| M/V MELODY, her engines, boilers, ) | |
| tackle, equipment, apparel, ) | |
| appurtenances, etc., in rem, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

COMES NOW the Plaintiff, RANULFO ESTRADA JUAREZ, by and through his undersigned attorney, hereby files with the Clerk the following attached original documents:

1. Original Affidavit of Service and Subpoena In Civil Case showing service of Subpoena for Deposition on Rudy Padilla on May 15, 2000.

I HEREBY CERTIFY that a copy of the foregoing was served by U.S. Mail this 24th day of May, 2000, on: Reginald M. Hayden, Jr., Esquire, Hayden and Milliken, P.A., 5915 Ponce de Leon Boulevard, Suite 63, Miami, Florida, 33146; and, Kenneth Gale Hawkes, Esquire, DeOrchis, Corsa & Hillenbrand, LLP, 2650 Biscayne Boulevard, Miami, Florida 33137-4531.

LAW OFFICES OF DAVID C. RASH, P.A.
Attorneys for Plaintiff
88 Northeast 169th Street
North Miami Beach, Florida 33162
Tel: (305) 653-6666 (Dade)
Tel: (954) 476-1515 (Broward)
Fax: (305) 654-8435

by:_____
DAVID C. RASH, ESQUIRE
Florida Bar No: 0977764

## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Dade District of Florida

Case Number: 00-6098-CIV-JORDAN

Plaintiff:
**RANULFO ESTRADA JUAREZ,**

vs.

Defendant:
**WESTRIA HOLDINGS INC.,ET.AL.,**

For:
David C. Rash, Esq.
LAW OFFICES OF DAVID C. RASH, P.A.
88 N.E. 168th Street
North Miami Beach FL 33162

Received by PROFESSIONAL PROCESS SERVERS OF SO. FLA. on the 5th day of May, 2000 at 2:55 pm to be served on **MEDITERRANEAN SHIPPING COMPANY (USA) INC., 8420 NW 52ND STREET, SUITE 103, MIAMI,FL 33166.**

I, NORBERTO GUERRA, being duly sworn, depose and say that on the **10th day of May, 2000 at 10:59 am, I:**

**Individually Served** the within named person with a true copy of this **Subpoena in a Civil Case** with the date and hour endorsed thereon by me, pursuant to State Statutes.

Under penalty of perjury, I declare that I have read the foregoing Verified Under penalty of perjury, I declare that I have read the foregoing Verified Return of Service and that the facts stated in it are true. I am over the age of eighteen. I have no interest in the above action. I am a Certified Process Server in the Circuit in which it was served and in good standing.

NORBERTO GUERRA
1175

Subscribed and Sworn to before me on the 12th day of May, 2000 by the affiant who is personally known to me.

NOTARY PUBLIC

PROFESSIONAL PROCESS SERVERS OF SO. FLA.
8730 Sw 41 Street
Miami, FL 33165
(305) 485-8968

Our Job Serial Number: 2000001318

AO 88 (Rev. 1/94) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

RANULFO ESTRADA JUAREZ,
    Plaintiff,

V.                                              **SUBPOENA IN A CIVIL CASE**

WESTRIA HOLDINGS INC., et al.,                  CASE NUMBER: 00-6098-CIV-JORDAN
    Defendants.
                                                Magistrate: Bandstra

TO: Rudy Padilla
    Mediterranean Shipping Company (USA) Inc.
    8420 Northwest 52nd Street, Suite 103
    Miami, Florida 33166

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| SERVED: Individual<br>DATE: 5/10/00  10:59AM<br>BY: N. GUERRA #1175 | DATE AND TIME |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Law Offices of David C. Rash, P.A.<br>88 Northeast 168th Street<br>North Miami Beach, Florida 33162 | May 22, 2000<br>10:00 a.m. |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] attorney for Plaintiff | May 5, 2000 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER David C. Rash, Esquire, 88 Northeast 168th Street, North Miami Beach, Florida 33162
(305) 653-6666

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

If action is pending in district other than district of issuance, state district under case number.

2-1318