

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
IN ADMIRALTY

CASE NO. 00-6098-CIV-JORDAN/BANDSTRA

RANULFO ESTRADA JUAREZ,

        Plaintiff,

vs.

WESTRIA HOLDINGS, INC., and
in personam; and M/V MELODY,
her engines, boilers, tackle,
equipment, apparel, appurtenances,
etc., in rem,

        Defendants.
_____/

## CLAIMANT/OWNER, WESTRIA HOLDING'S RESPONSE TO RUDY PADILLA, NICOLA ARENA and PETER HARTMANN'S MOTION TO QUASH SUBPOENA AND MOTION FOR PROTECTIVE ORDER

Claimant Owner of the M/V MELODY, WESTRIA HOLDINGS, INC., files this Response to RUDY PADILLA, NICOLA ARENA and PETER HARTMANN's Motion to Quash Subpoena and Motion for Protective Order, and would state:

1.    On or about May 19, 2000, counsel for RUDY PADILLA, NICOLA ARENA and PETER HARTMANN filed a Motion to Quash Subpoena and Motion for Protective Order in the above matter.

2.    Defendant, WESTRIA HOLDING, INC hereby advises this Honorable Court that is has no objection to the entry of an Order granting the above referenced Motion.



## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true copy of the foregoing was served by mail to David C. Rash, Esq., 88 N.E. 168th Street, N. Miami Beach, Florida 33162 and Kenneth Gale Hawkes, Esq., DE ORCHIS, CORSA & HILLENBRAND, LLP, 2650 Biscayne Blvd., Miami, Florida 33137, on this 26th May, 2000.

          HAYDEN AND MILLIKEN, P.A.
          Attorneys for WESTRIA HOLDING, INC.
          5915 Ponce de Leon Blvd., #63
          Miami, Florida 33146
          Phone: (305) 662-1523

By: _____
     Richard R. McCormack
     Fla. Bar No. 168850

H:\16954\Pldg\Resp to Motion to Quash.wpd