UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**IN ADMIRALTY**

| | |
|---|---|
| RANULFO ESTRADA JUAREZ, ) | CASE NO.: 00-6098-CIV-JORDAN |
| ) | |
| Plaintiff, ) | Magistrate: Bandstra |
| ) | |
| vs. ) | |
| ) | **PLAINTIFF'S REPLY TO WESTRIA'S** |
| WESTRIA HOLDINGS INC. and ) | **MEMORANDUM OF LAW IN** |
| MEDITERRANEAN SHIPPING ) | **OPPOSITION TO AMENDED MOTION** |
| CO. S.A., in personam; and, ) | **FOR SUBSTITUTION OF PARTIES** |
| M/V MELODY, her engines, boilers, ) | **AND MOTION FOR LEAVE TO FILE** |
| tackle, equipment, apparel, ) | **AMENDED VERIFIED SEAMAN'S** |
| appurtenances, etc., in rem, ) | **COMPLAINT FOR WRONGFUL** |
| ) | **DEATH** |
| Defendants. ) | |

COMES NOW, the Plaintiff, RANULFO ESTRADA JUAREZ, ("Plaintiff"), by and through his undersigned attorney and pursuant to S.D. Fla. L.R. 7.1, and respectfully submits his Reply to the Defendant, WESTRIA HOLDINGS INC.'s, ("Westria"), Memorandum of Law In Opposition to Amended Motion for Substitution of Parties and Motion for Leave to File Amended Verified Seaman's Complaint for Wrongful Death, as follows:

1.  On April 24, 2000, the Plaintiff filed an Amended Motion for Substitution of Parties and Motion for Leave to File Amended Verified Seaman's Complaint for Wrongful Death.

2.  On May 17, 2000, this Honorable Court granted Westria an extension of time until May 22, 2000, within which to respond to the Plaintiff's motion.

3.  On May 22, 2000, Westria filed a Memorandum of Law In Opposition to Amended Motion for Substitution of Parties and Motion for Leave to File Amended

Verified Seaman's Complaint for Wrongful Death.

4. Westria's Memorandum of Law asserts no factual or legal basis for denying the Plaintiff's Amended Motion for Substitution of Parties and Motion for Leave to File Amended Verified Seaman's Complaint for Wrongful Death.

5. Essentially, Westria has prematurely re-filed its Motion to Dismiss directed to the original Verified Seaman's Complaint raising the same jurisdictional and forum non conveniens defenses.

6. Accordingly, the Plaintiff respectfully requests that this Honorable Court deny Westria's opposition and grant the Plaintiff's Amended Motion for Substitution of Parties and Motion for Leave to File Amended Verified Seaman's Complaint for Wrongful Death with the proposed Amended Verified Seaman's Complaint for Wrongful Death attached thereto as Exhibit A be deemed field as of April 24, 2000, the date said motion was served and/or filed.

WHEREFORE, the Plaintiff, RANULFO ESTRADA JUAREZ, respectfully requests that this Honorable Court enter an Order in accordance with the foregoing.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a copy of the foregoing was served by U.S. Mail this 1st day of June, 2000, on: Reginald M. Hayden, Jr., Esquire, Hayden and Milliken, P.A., 5915 Ponce de Leon Boulevard, Suite 63, Miami, Florida, 33146.

LAW OFFICES OF DAVID C. RASH, P.A.
Attorneys for Plaintiff
88 Northeast 168th Street
North Miami Beach, Florida 33162
Tel: (954) 476-1515 (Broward)
Tel: (305) 653-6666 (Dade)
Fax: (305) 654-8435
by: _____
DAVID C. RASH, ESQUIRE
Florida Bar No: 0977764