UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
IN ADMIRALTY

CASE NO. 00-6098-CIV-JORDAN

Magistrate: Ted E. Bandstra

RANULFO ESTRADA JUAREZ,

Plaintiff,

vs.

WESTRIA HOLDINGS, INC., and
in personam; and M/V MELODY,
her engines, boilers, tackle,
equipment, apparel, appurtenances,
etc., in rem,

Defendants.
_____ /

## MOTION FOR ENLARGEMENT OF TIME

COMES NOW WESTRIA HOLDINGS, INC., as Claimant/Owner of the M/V

MELODY, in rem, by and through undersigned counsel and pursuant to Federal Rule of

Civil Procedure 6(b), and hereby requests an additional five (5) day enlargement of time,

to and including June 11, 2000, in which to serve its Response to Plaintiff's Motion to

Compel Discovery with Certificate of Counsel and Incorporated Memorandum of Law, filed

in the above matter, and as grounds therefore states as follows:

1.      Defendant was previously served with Plaintiff's Motion to Compel Discovery

with Certificate of Counsel and Incorporated Memorandum of Law.  This Defendant

previously filed a Motion for Enlargement of Time to and including June 6, 2000, in which

to serve Defendant's response to this Motion, which was consented to by the Plaintiff.

Case No.: 00-6098-JORDAN/BANDSTRA

2.    Plaintiff's Motion is voluminous, consisting of approximately 120 separately numbered paragraphs.

3.    Undersigned counsel for this Defendant has commenced the preparation of the response, which itself is extensive, but because of the number of issues raised will require the additional five (5) days to complete Defendant's response.

4.    That the parties will not be prejudiced by this extension of time. Furthermore, this motion is made in good faith and not for purposes of delay.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true copy of the foregoing was served by mail to David C. Rash, Esq., Attorney for Plaintiff, 88 N.E. 168th Street, North Miami Beach, Florida 33162, this 6th day of June, 2000.

HAYDEN AND MILLIKEN, P.A.
Attorneys for Defendant
5915 Ponce de Leon Blvd., #63
Miami, Florida 33146
Phone: (305) 662-1523

By: _____
      Richard R. McCormack, Esq.
      Fla. Bar No. 168850

Page 2