UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY

CASE NO. 00-6098-CIV-JORDAN/BANDSTRA

RANULFO ESTRADA JUAREZ,

        Plaintiff,

vs.

WESTRIA HOLDINGS, INC. and
MEDITERRANEAN SHIPPING
CO., S.A., <u>in personam</u>; and
M/V MELODY, her engines, boilers,
tackle, equipment, apparel,
appurtenances, etc., <u>in rem</u>,

        Defendants.
_____/

## CLAIMANT/OWNER'S NOTICE OF FILING AND MOTION FOR ENLARGEMENT OF TIME

COMES NOW WESTRIA HOLDINGS, INC., as Claimant/Owner of the M/V MELODY, hereby gives notice of filing the attached Claimant/Owner's Response to Plaintiff's Motion to Compel. This Response was previously served by mail on June 12, 2000 and was sent to the Court for filing. However, the response was erroneously captioned "Claimant/Owner's Response to Plaintiff's Request for Production." Because of this, on June 14, 2000, the Clerk's Office mailed the original copy of pleading to the undersigned, as shown by the attached document from the Clerk's office. The attached pleading is identical to what was previously filed with the Court, and bearing a Certificate of Service date of June 12, 2000, except that the first page has been substituted to correctly show that the caption of the pleading is "Claimant/Owner's Response to Plaintiff's Motion to Compel." The Claimant/Owner respectfully requests the Court, pursuant to the



CASE NO. 00-6098-CIV-JORDAN

provisions of Fed. R. Civ. P. 6(b) to now accept the filing of this document.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true copy of the foregoing was served by mail on June 15, 2000 to David Rash, Esq., Counsel for Plaintiff, 88 N.E. 168th Street, North Miami Beach, Florida 33162.

HAYDEN AND MILLIKEN, P.A.
5915 Ponce de Leon Blvd., #63
Miami, Florida 33146
Phone: (305) 662-1523

By: _____
Richard R. McCormack
Fla. Bar No. 168850

H:\16954\Disc\Notice of Filing.wpd

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

DATE: 6/14/00

CASE#/JUDGE: _____

Pursuant to the Local Rules of this court, the enclosed document(s) is/are being returned for the reason(s) indicated below:

☐ You failed to provide the case number on the document. We are unable to determine the case number from our records.

☐ The case is assigned to another court. Send the documents to that court.

☒ The enclosed civil discovery items are not accepted by this court. Pursuant to Local Rule 26.1.B.

☐ Your motion is for the admittance of ____ attorney(s) at $75.00 each. You must send the amount of $_____ to process this motion.

☐ Other: _____

CLARENCE MADDOX
Court Administrator/Clerk of Court
By: _____
Deputy Clerk

☒ Miami            ☐ Fort Lauderdale      ☐ Key West         ☐ West Palm Beach   ☐ Fort Pierce
301 N. Miami Ave   299 E. Broward Blvd    301 Simonton St.   701 Clematis St.    300 South. 6th Street
Miami, FL 33128    Ft. Lauderdale, Fl 33301  Key West, Fl 33040  W. P. Beach, FL 33401  Ft. Pierce, FL 34950
305-523-5200       954-769-5400           305-296-4947       561-803-3400        561-595-9691