UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
IN ADMIRALTY

CASE NO. 00-6098-CIV-JORDAN

Magistrate: Ted E. Bandstra

RANULFO ESTRADA JUAREZ,

        Plaintiff,

vs.

WESTRIA HOLDINGS, INC., and
in personam; and M/V MELODY,
her engines, boilers, tackle,
equipment, apparel, appurtenances,
etc., in rem,

        Defendants.
_____/

## MOTION FOR ENLARGEMENT OF TIME

    COMES NOW WESTRIA HOLDINGS, INC., as Claimant/Owner of the M/V MELODY, in rem, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b), and hereby requests an additional ten (10) day enlargement of time, to and including July 2, 2000, in which to serve its Response to Plaintiff's Second Motion to Compel Discovery with Certificate of Counsel and Incorporated Memorandum of Law, filed in the above matter, and as grounds therefore states as follows:

    1.    On or about June 5, 2000, Plaintiff served his Second Motion to Compel Discovery with Certificate of Counsel and Incorporated Memorandum of Law on Defendant, WESTRIA HOLDING, INC. Defendant's response is due to be filed on June 22, 2000.

Case No.: 00-6098-JORDAN/BANDSTRA

2.    The undersigned has been preparing for and attending numerous expert depositions in another matter, which has been specially set for trial before this Court.

3.    That the parties will not be prejudiced by this extension of time. Furthermore, this motion is made in good faith and not for purposes of delay.

4.    The undersigned has connected counsel for the Plaintiff, David C. Rash, Esq., and has been advised that he has no objection to this extension of time.

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a true copy of the foregoing was served by mail to David C. Rash, Esq., Attorney for Plaintiff, 88 N.E. 168th Street, North Miami Beach, Florida 33162, this 21st day of June, 2000.

HAYDEN AND MILLIKEN, P.A.
Attorneys for Defendant
5915 Ponce de Leon Blvd., #63
Miami, Florida 33146
Phone: (305) 662-1523

By: _____
Richard R. McCormack, Esq.
Fla. Bar No. 168850