UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6098-CIV-JORDAN

IN ADMIRALTY

RANULFO ESTRADA JUAREZ )
        Plaintiff )
         )
vs. )
         )
WESTRIA HOLDINGS, INC., and )
MEDITERRANEAN SHIPPING COMPANY, S.A., )
*in personam*; M/V MELODY, etc., *in rem* )
         )
        Defendants )
         )


FILED by _____ D.C.
JUL 11 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**ORDER REFERRING CERTAIN MOTIONS TO MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636 and this District's Magistrate Rules, all discovery motions and non-dispositive motions filed pursuant to Federal Rules of Civil Procedure 12, 13, 14, and 15 including those currently pending in this case are referred to Magistrate Judge Ted E. Bandstra.

The parties may stipulate to extend the time to answer interrogatories, produce documents, and answer requests for admissions. The parties shall not file with the Court notices or motions memorializing any such stipulation unless the stipulation interferes with the time set for completing discovery, for hearing a motion, or for trial. Stipulations that would so interfere may be made only with the Court's approval. *See* Fed. R. Civ. P. 29. In addition to the documents enumerated in Local Rule 26.1.B, the parties shall not file notices of deposition with the Court.

DONE and ORDERED in chambers in Miami, Florida, this 10th day of July, 2000.

                                          _____
                                          Adalberto Jordan
                                          United States District Judge

Copy to:    Magistrate Judge **Bandstra**
              David C. Rash, Esq.      (Fax: 305-654-8435)
              Kenneth Gale Hawkes   (Fax: 305-571-9250)
              Cary R. Wiener          (Fax: 212-422-5299)

