

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6098-CIV-JORDAN
IN ADMIRALTY

RANULFO ESTRADA JUAREZ                                      )
            Plaintiff                                      )
                                              )

vs.                                                        )

WESTRIA HOLDINGS, INC., and                                )
MEDITERRANEAN SHIPPING COMPANY, S.A.,                       )
*in personam*; *M/V MELODY*, etc., *in rem*                )

            Defendants                                     )
                                              )

## ORDER REQUIRING SCHEDULING REPORT

The parties shall comply with Local Rule 16.1 by no later than July 24, 2000.

DONE and ORDERED in chambers in Miami, Florida, this 12th day of July, 2000.

                                     _____
                                     Adalberto Jordan
                                     United States District Judge

Copy to:       Magistrate Judge Bandstra
               David C. Rash, Esq.      (Fax: 305-654-8435)
               Kenneth Gale Hawkes   (Fax: 305-571-9250)
               Cary R. Wiener        (Fax:  212-422-5299)

