UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION
IN ADMIRALTY

CASE NO. 00-6098-CIV-JORDAN
Magistrate Judge Ted E. Bandstra

RANULFO ESTRADA JUAREZ,

        Plaintiff,

vs.

WESTRIA HOLDINGS, INC., and
in personam; and M/V MELODY,
her engines, boilers, tackle,
equipment, apparel, appurtenances,
etc., in rem,

        Defendants.
_____/

## ORDER ON MOTION FOR ENLARGEMENT OF TIME

THIS CAUSE having come before the Court on the Motion for Enlargement of Time filed by Defendant WESTRIA HOLDINGS, INC., and the Court having reviewed the file and being otherwise duly advised in the premises, does hereby

ORDER AND ADJUDGE that said Motion be GRANTED.

Defendant shall have to and including June 6, 2000 to file its responses to Plaintiff's Motion to Compel Discovery with Certificate of Counsel and Incorporated Memorandum of Law.

DONE AND ORDERED in Chambers at Miami, Florida, this 14th day of July, 2000.

                                                                             ADALBERTO JORDAN,
                                                                             United States District Judge
                                                                             Mag.

Copies furnished to:

David Rash, Esq.
Richard R. McCormack, Esq.

H:\16954\Pldg\O-Enlarge-3.wpd