

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6098-CIV-JORDAN
IN ADMIRALTY

| | |
|---|---|
| RANULFO ESTRADA JUAREZ | ) |
| Plaintiff | ) ) ) |
| vs. | ) ) |
| WESTRIA HOLDINGS, INC., and MEDITERRANEAN SHIPPING COMPANY, S.A., *in personam*; *M/V MELODY*, etc., *in rem* | ) ) ) ) |
| Defendants | ) ) |

**ORDER DENYING WITHOUT PREJUDICE *EX PARTE* MOTION**

Ranulfo Juarez' *ex parte* motion for a writ of garnishment [D.E. 5] is DENIED WITHOUT PREJUDICE. Mr. Juarez is free to bring this motion again and the Court will consider it once it is fully briefed.

DONE and ORDERED in chambers in Miami, Florida, this 20th day of July, 2000.

_____
Adalberto Jordan
United States District Judge

Copy to:   Magistrate Judge Bandstra
          David C. Rash, Esq.        (Fax: 305-654-8435)
          Kenneth Gale Hawkes        (Fax: 305-571-9250)
          Cary R. Wiener             (Fax: 212-422-5299)
          Richard McCormack          (Fax: 305-663-1358)

JUL 2 4 2000

Rec'd in MIA Dkt _____

