UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**IN ADMIRALTY**

| | |
|---|---|
| RANULFO ESTRADA JUAREZ, | CASE NO.: 00-6098-CIV-JORDAN |
| Plaintiff, | Magistrate: Bandstra |
| vs. | |
| WESTRIA HOLDINGS INC. and MEDITERRANEAN SHIPPING CO. S.A., in personam; and, M/V MELODY, her engines, boilers, tackle, equipment, apparel, appurtenances, etc., in rem, | **LOCAL RULE 16.1 SCHEDULING REPORT** |
| Defendants. | |

COMES NOW the Plaintiff, RANULFO ESTRADA JUAREZ, and the Defendant, WESTRIA HOLDINGS INC., as Claimant/Owner of the M/V Melody, in rem, by and through their undersigned respective attorneys, and pursuant to S.D. Fla. L.R. 16.1, hereby file their mutual Scheduling Report of Scheduling Meeting, as follows:

(a) Detailed Discovery Schedule:

1. Plaintiff's Initial Discovery: Plaintiff shall have 120 days from the date of the Scheduling Order to conduct initial discovery related to the Defendant's Motion to Dismiss, including but not limited to:

      a)    Requests for Admissions;

      b)    Requests for Production;

      c)    Written Interrogatories;

      d)    Oral Depositions.

2. **Defendant's Initial Discovery**: Defendant shall have 120 days from the date of the Scheduling Order to conduct discovery related to Defendant's Motion to Dismiss, including but not limited to:

      a)    Requests for Admissions;

      b)    Requests for Production;

      c)    Written Interrogatories;

      d)    Oral Depositions.

3. **Plaintiff's General Discovery After Ruling on Defendant's Motion to Dismiss**: Plaintiff shall have 180 days from the date of the Court's ruling on the Defendant's Motion to Dismiss, including but not limited to:

      a)    Requests for Admissions;

      b)    Requests for Production;

      c)    Written Interrogatories;

      d)    Oral Depositions.

DAVID C. RASH, P.A.
88 NORTHEAST 168TH STREET, NORTH MIAMI BEACH, FLORIDA 33162 • TELEPHONE (305) 653-6666 • FACSIMILE (305) 654-8435

4. <u>Defendant's General Discovery After Ruling on Defendant's Motion to Dismiss</u>: Defendant shall have 180 days from date of the Court's ruling on the Defendant's Motion to Dismiss, including but not limited to:

   a) Requests for Admissions;

   b) Requests for Production;

   c) Written Interrogatories;

   d) Oral Depositions.

5. <u>Plaintiff's Expert Disclosure</u>:  Plaintiff shall disclose all experts within 70 days before trial date.

6. <u>Defendant's Expert Disclosure</u>:  Defendant shall disclose all experts within 60 days before trial date.

7. <u>Discovery Supplementation</u>: Parties agree that supplementation of discovery under Fed.R.Civ.P. 26(e) will be due within 30 days before close of discovery and a 2nd supplementation, if needed, no later than 15 days before close of discovery.

8. <u>Completion of Discovery</u>: Parties agree that all discovery shall be completed within 269 days

DAVID C. RASH, P.A.
88 NORTHEAST 168TH STREET, NORTH MIAMI BEACH, FLORIDA 33162 • TELEPHONE (305) 653-6666 • FACSIMILE (305) 654-8435

from the date of the Scheduling Order or Ruling on Defendant's Motion to Dismiss, which ever occurs later.

(b) <u>Settlement</u>: Unlikely at this time.

(c) <u>Likelihood of Additional Parties</u>: None other than those parties sought to be added by the Plaintiff's pending Amended Motion for Substitution of Parties and Motion for Leave to File Amended Verified Seaman's Complaint.

(d) <u>Time Limits</u>:

   1. <u>Join other Parties and Amend the Pleadings</u>: Joinder must be made within 30 days of Ruling on Defendant's Motion to Dismiss and Amendments must be made within 180 days of Ruling on Defendant's Motion to Dismiss.

   2. <u>File and Hear Motions</u>: Dispositive motions must be filed within 30 days of the close of discovery.

   3. <u>Complete Discovery</u>: Within 269 days of Scheduling Order or Ruling on Defendant's Motion to Dismiss, which ever occurs later.

(e) <u>Proposals for the Formulation and Simplification of Issues</u>: None at this time other than the above Detailed Discovery Schedule.

4

(f) <u>Necessity of Desirability of Amendments to the Pleadings</u>:

None anticipated at this time.

(g) <u>Possibility of Obtaining the Admissions of Fact and Authenticity of Documents</u>: The possibility of obtaining admissions and fact and authenticity of documents is good.

(h) <u>Suggestions for the Avoidance of Unnecessary Proof</u>: None at this time.

(i) <u>Suggestions on the Advisability of Referring Matters to Magistrate</u>: Discovery matters only.

(j) <u>Preliminary Estimate of Times for Trial</u>: Plaintiff estimates 7 to 10 days for trial.

(k) <u>Requested Dates for Conferences</u>: None at this time.

Dated this 24th day of July, 2000.

| LAW OFFICES OF DAVID C. RASH, P.A. | HAYDEN AND MILLIKEN, P.A. |
|---|---|
| Attorneys for Plaintiff | Attorneys for Defendant |
| 88 Northeast 168th Street | 5915 Ponce de Leon Boulevard |
| North Miami Beach, Florida 33162 | Suite 63 |
| Tel: (954) 476-1515 (Broward) | Miami, Florida 33146 |
| Tel: (305) 653-6666 (Dade) | Tel: (305) 662-1523 |
| Fax: (305) 654-8435 | Fax: (305) 663-1358 |

DAVID C. RASH, ESQUIRE       RICHARD R. McCORMACK, ESQUIRE
Florida Bar No.: 0977764      Florida Bar No.: 168850

(f) <u>Necessity of Desirability of Amendments to the Pleadings</u>: None anticipated at this time.

(g) <u>Possibility of Obtaining the Admissions of Fact and Authenticity of Documents</u>: The possibility of obtaining admissions and fact and authenticity of documents is good.

(h) <u>Suggestions for the Avoidance of Unnecessary Proof</u>: None at this time.

(i) <u>Suggestions on the Advisability of Referring Matters to Magistrate</u>: Discovery matters only.

(j) <u>Preliminary Estimate of Times for Trial</u>: Plaintiff estimates 7 to 10 days for trial.

(k) <u>Requested Dates for Conferences</u>: None at this time.

Dated this 24th day of July, 2000.

| | |
|---|---|
| LAW OFFICES OF DAVID C. RASH, P.A.<br>Attorneys for Plaintiff<br>88 Northeast 168th Street<br>North Miami Beach, Florida 33162<br>Tel: (954) 476-1515 (Broward)<br>Tel: (305) 653-6666 (Dade)<br>Fax: (305) 654-8435<br><br>_____<br>DAVID C. RASH, ESQUIRE<br>Florida Bar No.: 0977764 | HAYDEN AND MILLIKEN, P.A.<br>Attorneys for Defendant<br>5915 Ponce de Leon Boulevard<br>Suite 63<br>Miami, Florida 33146<br>Tel: (305) 662-1523<br>Fax: (305) 663-1358<br><br>_____<br>RICHARD R. McCORMACK, ESQUIRE<br>Florida Bar No.: 168850 |

5