UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6098-CIV-JORDAN
IN ADMIRALTY



| | |
|---|---|
| RANULFO ESTRADA JUAREZ | ) |
| Plaintiff | ) )  |
| vs. | ) |
| WESTRIA HOLDINGS, INC., and MEDITERRANEAN SHIPPING COMPANY, S.A., *in personam*; M/V MELODY, etc., *in rem* | ) ) ) ) |
| Defendants | ) ) |

### ORDER SETTING SCHEDULE, REQUIRING MEDIATION, AND REFERRING CERTAIN MOTIONS TO MAGISTRATE JUDGE

All previous orders of reference to the magistrate judge are VACATED.

This case is set for trial during the Court's two-week trial calendar beginning on July 16, 2001. Calendar call will be held at 2 p.m. on July 10, 2001, in Courtroom Eight of the United States Courthouse, 301 N. Miami Avenue, Miami, Florida. No pre-trial conference will be held unless a party requests one no later than 30 days prior to the calendar call or the Court determines that one is necessary. The parties shall adhere to this schedule:

| | |
|---|---|
| December 8, 2000 | All motions to amend pleadings or join parties are filed. |
| March 2, 2001 | Parties exchange expert witness summaries and reports required by Local Rule 16.1.K. |
| March 30, 2001 | Parties exchange rebuttal expert witness summaries and reports required by Local Rule 16.1.K. |
| April 20, 2001 | All discovery, including expert discovery, is completed. |
| April 20, 2001 | Parties to have completed mediation. |
| May 11, 2001 | All pre-trial motions other than motions *in limine* are filed. |
| June 15, 2001 | Parties to submit joint pre-trial stipulation and proposed jury instructions. |

Within thirty days of the date of this order, the parties shall select a mediator certified under Local Rule 16.2.B, shall schedule a time, date, and place for mediation, and shall jointly file a

proposed order scheduling mediation in the form specified by Local Rule 16.2.H. If the parties cannot agree on a mediator, they shall notify the Clerk in writing as soon as possible and the Clerk shall designate a certified mediator on a blind rotation basis. Counsel for all parties shall familiarize themselves with and adhere to all provisions of Local Rule 16.2.

The parties' proposed jury instructions shall be submitted jointly, though the parties need not agree on the proposed language of each or any instruction. Where the parties do agree on a proposed instruction, that instruction shall be set forth in roman typeface. Instructions proposed only by one or more of the plaintiffs shall be underlined. Instructions proposed only by the defendant shall be bold-faced. Every instruction must be supported by citation of authority. The parties shall utilize as a guide the Pattern Jury Instructions for Civil Cases approved by the United States Court of Appeals for the Eleventh Circuit, including the directions to counsel contained therein. The parties shall submit their proposed jury instructions on a 3½-inch floppy disk in a format compatible with Corel WordPerfect version 8.0 for Microsoft Windows-based personal computers as well as on paper.

Pursuant to 28 U.S.C. § 636 and this District's Magistrate Rules, all discovery motions and non-dispositive motions filed pursuant to Federal Rules of Civil Procedure 12, 13, and 14 in this case are referred to Magistrate Judge Ted E. Bandstra.

The parties may stipulate to extend the time to answer interrogatories, produce documents, and answer requests for admissions. The parties shall not file with the Court notices or motions memorializing any such stipulation unless the stipulation interferes with the time set for completing discovery, for hearing a motion, or for trial. Stipulations that would so interfere may be made only with the Court's approval. *See* Fed. R. Civ. P. 29. In addition to the documents enumerated in Local Rule 26.1.B, the parties shall not file notices of deposition with the Court.

DONE and ORDERED in chambers in Miami, Florida, this 25th day of July, 2000.

*Adalberto Jordan*
Adalberto Jordan
United States District Judge

Copies to:   Magistrate Judge Bandstra
David C. Rash, Esq.        (Fax: 305-654-8435)
Kenneth Gale Hawkes        (Fax: 305-571-9250)
Cary R. Wiener             (Fax: 212-422-5299)
Richard McCormack          (Fax: 305-663-1358)