UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

IN ADMIRALTY



CASE NO. 00-6098-CIV-JORDAN
Magistrate Judge Ted E. Bandstra

RANULFO ESTRADA JUAREZ,

        Plaintiff,

vs.

WESTRIA HOLDINGS, INC., and
in personam; and M/V MELODY,
her engines, boilers, tackle,
equipment, apparel, appurtenances,
etc., in rem,

        Defendants.
_____/

### ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be with **Thomas E. Backmeyer, Esq.**, a certified mediator with **Florida Mediation Group, Inc.**, on **November 29, 2000, at 10:30 a.m.** The Mediation with be held at **28 Wet Flagler Street, Tenth Floor, Miami, Florida 33130**.

DONE AND ORDERED in Chambers at Miami, Florida, this 28th day of August, 2000.

                      _____
                      ADALBERTO JORDAN,
                      United States District Judge

Copies furnished to:

All Counsel of Records

