UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6098-CIV-JORDAN
IN ADMIRALTY



RANULFO ESTRADA JUAREZ    )
       Plaintiff    )
           )
vs.    )
           )
WESTRIA HOLDINGS, INC., and    )
MEDITERRANEAN SHIPPING COMPANY, S.A.,    )
*in personam*; M/V *MELODY*, etc., *in rem*    )
           )
       Defendants    )
           )

## ORDER ON PENDING MOTIONS

Westria Holding's unopposed motion to extend the time for complying with Magistrate Judge Bandstra's order dated August 8, 2000, [D.E. 63] is GRANTED. Westria Holdings shall comply by no later than September 22, 2000.

Because Ranulfo Juarez has amended his complaint and Westria Holdings has filed a motion to dismiss the amended complaint, Westria Holding's motion to dismiss the original complaint [D.E. 23-1, 23-2] is DENIED AS MOOT. Mr. Juarez's motion for additional time to conduct discovery on choice of law and *forum non conveniens* is also [D.E. 24] DENIED AS MOOT.

Westria Holding's motion for an extension of time in which to respond to Mr. Juarez' motion to compel [D.E. 49] is GRANTED. The magistrate judge obviously considered the response in deciding the merits of the motion.

DONE and ORDERED in chambers in Miami, Florida, this 30th day of August, 2000.

                                                         Adalberto Jordan
                                                         United States District Judge

Copies to:   Magistrate Judge Bandstra
              David C. Rash, Esq.     (Fax: 305-654-8435)
              Kenneth Gale Hawkes   (Fax: 305-571-9250)
              Cary R. Wiener          (Fax: 212-422-5299)
              Richard McCormack    (Fax: 305-663-1358)