UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF FLORIDA

CASE NO.   : 00-6098-CIV-JORDAN

RANSULO ESTRADA JUAREZ

       Plaintiff(s),

NOTICE OF MEDIATION CONFERENCE DATE

vs.

WESTRIA HOLDINGS, ET AL.

       Defendant(s).
*******************************

| | |
|---|---|
| DATE AND TIME: | 11/29/2000 Wednesday 10:30 A.M.* |
| LOCATION: | Florida Mediation Group<br>28 West Flagler Street, Tenth Floor<br>Miami, Florida 33130<br>305-579-9990 |
| MEDIATOR: | Certified Mediator / Florida Mediation Group, Inc.<br>**Thomas E. Backmeyer, Esq.**<br>The mediator is a neutral and may not act as an advocate for any party. |
| FEES: | FINAL PAYMENT DUE WITH IN 10 DAYS OF THE MEDIATION: SEE ATTACHED |
| SUMMARY: | The parties are requested to present a SUMMARY of facts and issues to the Mediator five days prior to the scheduled Mediation Conference. |
| NOTICE: | Please notify Florida Mediation Group immediately of any scheduling problems and copy the Mediator on any pleadings which may impact or affect the mediation. |

*3 HOURS HAVE BEEN RESERVED FOR THE MEDIATION. IF YOU
THINK YOU WILL NEED MORE TIME, PLEASE CALL US IMMEDIATELY.

ALLENE D. NICHOLSON, ESQ.
FLORIDA MEDIATION GROUP, INC.
Courthouse Plaza, Suite 1010
28 West Flagler Street
Miami, Florida 33130
(305) 579-9990 Fax 579-9991
FMG File No.: 0-42115

PAGE 2.

```
CASE NO.        : 00-6098-CIV-JORDAN
FMG FILE NO.    : 0-42115
PLAINTIFF       : JUAREZ
```

Copies on August 25, 2000 to:

David C. Rash, Esq.
Law Office of David C. Rash
88 NE 168th Street
North Miami Beach  FL  33162
305-653-6666 Fax 305-654-8435


Richard R. McCormack, Esq.
Hayden & Milliken
5915 Ponce de Leon Boulevard
Suite 63
Miami  FL  33146
305-662-1523 Fax 305-663-1358