

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**IN ADMIRALTY**

| | |
|---|---|
| MARIQUITA GUDIEL DE JUAREZ, as Surviving Spouse and Personal Representative of the Estate of RANULFO ESTRADA JUAREZ, Deceased,<br><br>    Plaintiff,<br><br>vs.<br><br>WESTRIA HOLDINGS INC., MEDITERRANEAN SHIPPING CRUISES, MEDITERRANEAN SHIPPING COMPANY (USA) INC., ICS ISLAND CRUISE SERVICES N.V., and, C.C.E.T., INC. in personam; and, M/V MELODY, her engines, boilers, tackle, equipment, apparel, appurtenances, etc., in rem,<br><br>    Defendants. | CASE NO.: 00-6098-CIV-JORDAN<br><br>Magistrate: Bandstra<br><br><br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE OPPOSITION TO WESTRIA'S OBJECTIONS TO MAGISTRATE'S ORDER OF AUGUST 8, 2000** |

    COMES NOW, the Plaintiff, MARIQUITA GUDIEL DE JUAREZ, as Surviving Spouse and Personal Representative of the Estate of RANULFO ESTRADA JUAREZ, Deceased, ("Juarez"), by and through her undersigned attorney and pursuant to S.D. Fla. L.R. 7.1, respectfully requests an extension of time of 10 days, or until September 18, 2000, within which to file an Opposition to the Defendant, WESTRIA HOLDINGS INC.'s, ("Westria"), Objections to Magistrate's Order of August 8, 2000, for the following reasons:

    1.    On August 8, 2000, the Magistrate entered an Order on several pre-trial discovery and non-dispositive motions.

DAVID C. RASH, P.A.
88 NORTHEAST 168TH STREET, NORTH MIAMI BEACH, FLORIDA 33162 • TELEPHONE (305) 653-6666 • FACSIMILE (305) 654-8435

2. On August 18, 2000, Westria filed Objections to the Magistrate's Order.

3. Juarez's Opposition is due on or before September 4, 2000, however, the undersigned attorney for Juarez will be on a pre-paid and planned family vacation with his wife and two toddlers from August 31, 2000, through September 6, 2000.

4. Under these circumstances, the undersigned attorney for Juarez respectfully requests an additional 10 days, or until September 18, 2000, within which to research, prepare and file Juarez's Opposition to Westria's Objection to Magistrate's Order of August 8, 2000.

5. The undersigned attorney has contacted counsel for Westria, Richard McCormack, Esquire, and although he was out of town, his secretary expressed that there was no objection to this motion since the undersigned attorney for Juarez has agreed to each and every request for extension fo time requested by Westria in the past.

WHEREFORE, the Plaintiff, RANULFO ESTRADA JUAREZ, respectfully requests that this Court enter an Order in accordance with the foregoing motion.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a copy of the foregoing was served by telefax (305-663-1358) and U.S. Mail this 30th day of August, 2000, on: Richard R. McCormack, Esquire, Hayden and Milliken, P.A., 5915 Ponce de Leon Boulevard, Suite 63, Miami, Florida, 33146.

LAW OFFICES OF DAVID C. RASH, P.A.
Attorneys for Plaintiffs
88 Northeast 168th Street
North Miami Beach, Florida 33162
Tel: (954) 476-1515 (Broward)
Tel: (305) 653-6666 (Dade)
Fax: (305) 654-8435
by:_____
DAVID C. RASH, ESQUIRE
Florida Bar No: 0977764