

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6098-CIV-JORDAN
IN ADMIRALTY

RANULFO ESTRADA JUAREZ )
       Plaintiff )
        )
vs. )
        )
WESTRIA HOLDINGS, INC., and )
MEDITERRANEAN SHIPPING COMPANY, S.A., )
*in personam*; M/V MELODY, etc., *in rem* )
       Defendants )

## ORDER GRANTING UNOPPOSED MOTIONS FOR EXTENSION

Mariquita Gudiel de Juarez's unopposed motion to extend the time for responding to Westria Holding's objections to Magistrate Judge Bandstra's order of August 8, 2000, filed September 1, 2000, is GRANTED. Ms. de Juarez shall respond by September 18, 2000.

Ms. de Juarez's unopposed motion to extend the time for responding to Westria Holding's motion to dismiss the amended complaint, filed September 1, 2000, is GRANTED. Ms. de Juarez shall respond by September 28, 2000.

DONE and ORDERED in chambers in Miami, Florida, this 5th day of September, 2000.

                                        Adalberto Jordan
                                        United States District Judge

Copies to:    Magistrate Judge Bandstra
                David C. Rash, Esq.    (Fax: 305-654-8435)
                Kenneth Gale Hawkes    (Fax: 305-571-9250)
                Cary R. Wiener    (Fax: 212-422-5299)
                Richard McCormack    (Fax: 305-663-1358)

