# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

MARIQUITA GUDIEL DE JUAREZ, as Surviving
Spouse and Personal Representative of the Estate
of RANULFO ESTRADA JUAREZ, Deceased,

        Plaintiff,

        V.

WESTRIA HOLDINGS INC., et al.,

        Defendants.

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 00-6098-CIV-JORDAN

Magistrate: Bandstra

TO: (Name and address of defendant)

ICS ISLAND CRUISE SERVICES N.V.
By and Through its Agent:

C.C.E.T., INC.
By and Through Its President:
FELICE CAMPAGNA
3050 Biscayne Boulevard, Suite 202
Miami, Florida 33137

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David C. Rash, Esquire
Law Offices of David C. Rash, P.A.
88 Northeast 168th Street
North Miami Beach, Florida 33162

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox

CLERK _[signature]_

(BY) DEPUTY CLERK

DATE  SEP 1 8 2000

_[signature]_