

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**IN ADMIRALTY**

| | |
|---|---|
| MARIQUITA GUDIEL DE JUAREZ, as Surviving Spouse and Personal Representative of the Estate of RANULFO ESTRADA JUAREZ, Deceased, <br><br> Plaintiff, <br><br> vs. <br><br> WESTRIA HOLDINGS INC., MEDITERRANEAN SHIPPING CRUISES, MEDITERRANEAN SHIPPING COMPANY (USA) INC., ICS ISLAND CRUISE SERVICES N.V., and, C.C.E.T., INC. in personam; and, M/V MELODY, her engines, boilers, tackle, equipment, apparel, appurtenances, etc., in rem, <br><br> Defendants. | CASE NO.: 00-6098-CIV-JORDAN <br><br> Magistrate: Bandstra <br><br><br> **PLAINTIFF'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE OPPOSITION TO WESTRIA'S MOTION TO DISMISS AMENDED COMPLAINT** |

COMES NOW, the Plaintiff, MARIQUITA GUDIEL DE JUAREZ, as Surviving Spouse and Personal Representative of the Estate of RANULFO ESTRADA JUAREZ, Deceased, ("Juarez"), by and through her undersigned attorney and pursuant to S.D. Fla. L.R. 7.1, respectfully requests an extension of time of 60 days, or until November 27, 2000, within which to file an Opposition to the Defendant, WESTRIA HOLDINGS INC.'s, ("Westria"), Motion to Dismiss Amended Complaint, for the following reasons:

1. On August 8, 2000, the Magistrate entered an Order granting Juarez's Amended Motion for Substitution of Parties and Motion for Leave to File Amended Verified

Seaman's Complaint for Wrongful Death with Request for Rule C Arrest, and compelling Westria to produce numerous documents, items and things, answer interrogatories, and the deposition of Rudy Padilla, an employee of Mediterranean Shipping Company (USA) Inc. in Miami, Florida.

2. On August 18, 2000, Westria filed Objections to the Magistrates Order dated August 8, 2000. Said Objections and Juarez's Opposition thereto are currently pending before this Honorable Court.

3. Also, on August 18, 2000, Westria filed a Motion to Dismiss Amended Complaint based on jurisdictional and forum non conveniens defenses in response to the Magistrate's Order of August 8, 2000, and Juarez's Amended Verified Seaman's Complaint for Wrongful Death with Request for Rule C Arrest.

4. On August 30, 2000, Juarez filed her first Unopposed Motion for Extension of Time Within Which to File Opposition to Westria's Motion to Dismiss Amended Complaint.

5. On September 5, 2000, this Honorable Court granted Juarez's first Motion for Extension of Time Within Which to File Opposition to Westria's Motion to Dismiss Amended Complaint thereby making Juarez's Opposition due on or before September 28, 2000.

6. On September 22, 2000, Westria served Juarez with its Notice of Compliance and Supplemental Responses to Plaintiff's Request for Production concerning those documents, items and things not the subject of Westria's Objections to the Magistrate's Order of August 8, 2000.

7. Additionally, Westria served another Motion for Enlargement of Time in which

2

to seek to locate more documents and other information to be produced in compliance with the Magistrate's Order of August 8, 2000, and that are also not the subject of its Objections pending before this Honorable Court.

8. Given Westria's recent production of numerous documents, items and things in partial compliance with the Magistrate's Order of August 8, 2000, given Westria's request for an enlargement of time to seek and locate more documents, items and things in compliance with the Magistrate's Order of August 8, 2000, given Westria's Objections to the Magistrate's Order of August 8, 2000, still pending before this Honorable Court, and given the deposition of Rudy Padilla has not yet been completed, Juarez respectfully requests that this Honorable Court grant her a second extension of time, of 60 days, or until November 27, 2000, within which to file her Opposition to Westria's Motion to Dismiss Amended Complaint.

9. Further, Juarez seeks to take the depositions of the corporate officers of the newly added Defendant, Mediterranean Shipping Company (USA) Inc. in New York, and needs sufficient time to complete same before filing her Opposition to Westria's Motion to Dismiss Amended Complaint.

10. It stand to reason that since Westria's Motion to Dismiss Amended Complaint is based on jurisdictional and <u>forum non conveniens</u> grounds and could potentially be a death knell for Juarez's claims against Westria, Juarez should be able to obtain relevant and critical documents, items and things, as well as interrogatory answers, from Westria, the deposition of Rudy Padilla as ordered by Magistrate Ted Bandstra, and the depositions of the corporate officers of the newly added Defendant prior to filing an Opposition to Westria's Motion to Dismiss Amended Complaint.

11.  The undersigned attorney has contacted counsel for Westria, Richard McCormack, Esquire, and although he was out of town, his secretary expressed that there was no objection to this motion since the undersigned attorney for Juarez has agreed to each and every request for extension fo time requested by Westria in the past.

WHEREFORE, the Plaintiff, RANULFO ESTRADA JUAREZ, respectfully requests that this Court enter an Order in accordance with the foregoing motion.

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a copy of the foregoing was served by U.S. Mail this 26th day of September, 2000, on: Richard R. McCormack, Esquire, Hayden and Milliken, P.A., 5915 Ponce de Leon Boulevard, Suite 63, Miami, Florida, 33146; and Kenneth Gale Hawkes, Esquire, De Orchis, Corsa & Hillenbrand, LLP, 2650 Biscayne Boulevard, Miami, Florida, 33137.

LAW OFFICES OF DAVID C. RASH, P.A.
Attorneys for Plaintiffs
88 Northeast 168th Street
North Miami Beach, Florida 33162
Tel: (954) 476-1515 (Broward)
Tel: (305) 653-6666 (Dade)
Fax: (305) 654-8435

by: _____
DAVID C. RASH, ESQUIRE
Florida Bar No: 0977764

4

DAVID C. RASH, P.A.
88 NORTHEAST 168TH STREET, NORTH MIAMI BEACH, FLORIDA 33162 • TELEPHONE (305) 653-6666 • FACSIMILE (305) 654-8435