UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**IN ADMIRALTY**

| | |
|---|---|
| MARIQUITA GUDIEL DE JUAREZ, as Surviving Spouse and Personal Representative of the Estate of RANULFO ESTRADA JUAREZ, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>WESTRIA HOLDINGS INC., MEDITERRANEAN SHIPPING CRUISES, MEDITERRANEAN SHIPPING COMPANY (USA) INC., ICS ISLAND CRUISE SERVICES N.V., and, C.C.E.T., INC. in personam; and, M/V MELODY, her engines, boilers, tackle, equipment, apparel, appurtenances, etc., in rem,<br><br>Defendants. | CASE NO.: 00-6098-CIV-JORDAN<br><br>Magistrate: Bandstra<br><br><br><br><br>**NOTICE OF FILING RETURNS OF SERVICE OF SUMMONS AND AMENDED COMPLAINT ON MEDITERRANEAN SHIPPING COMPANY (USA) INC. AND ICS ISLAND CRUISE SERVICES N.V.** |

COMES NOW, the Plaintiff, MARIQUITA GUDIEL DE JUAREZ, as Surviving Spouse and Personal Representative of the Estate of RANULFO ESTRADA JUAREZ, Deceased, ("Juarez"), by and through her undersigned attorney, hereby files with the Clerk the following attached original documents:

1. Original Affidavit of Service and Summons In A Civil Case showing service of the Summons and Amended Complaint on the Defendant, Mediterranean Shipping Company (USA) Inc., on August 23, 2000; and,

2. Original Affidavit of Service and Summons In A Civil Case showing service of the Summons and Amended Complaint on the Defendant, ICS Island Cruise Services N.V., on September 22, 2000.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a copy of the foregoing was served by U.S. Mail this 29th day of September, 2000, on: Richard R. McCormack, Esquire, Hayden and Milliken, P.A., 5915 Ponce de Leon Boulevard, Suite 63, Miami, Florida, 33146; and Kenneth Gale Hawkes, Esquire, De Orchis, Corsa & Hillenbrand, LLP, 2650 Biscayne Boulevard, Miami, Florida, 33137.

LAW OFFICES OF DAVID C. RASH, P.A.
Attorneys for Plaintiffs
88 Northeast 168th Street
North Miami Beach, Florida 33162
Tel:   (954) 476-1515 (Broward)
Tel:   (305) 653-6666 (Dade)
Fax:   (305) 654-8435

by: _____
DAVID C. RASH, ESQUIRE
Florida Bar No: 0977764

2

DAVID C. RASH, P.A.
88 NORTHEAST 168TH STREET, NORTH MIAMI BEACH, FLORIDA 33162 • TELEPHONE (305) 653-6666 • FACSIMILE (305) 654-8435