## AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### SOUTHERN District of Florida

Case Number: 00-6098-CIV-JORDAN

Plaintiff:
MAIQUITA GUDIEL DE JUAREZ, as surviving spouse ad personal representative of the estate of RANULFO ESTRADA JUAREZ, deceased,

vs

Defendant:
WESTRIA HOLDINGS INC., ET.AL.,



For:
David C. Rash, Esq
LAW OFFICES OF DAVID C. RASH, P.A.
88 N.E. 168th Street
North Miami Beach FL 33162

Received by PROFESSIONAL PROCESS SERVERS OF SO. FLA. on the 20th day of September, 2000 at 11:23 am to be served on **ICS ISLAND CRUISE SERVICES N.V. BY ITS AGENT C.C.E.T., INC. BY ITS PRESIDENT: FELICE CAMPAGNA, 3050 BISCAYNE BLVD., SUITE 202, MIAMI, FL 33137.**

I, Lourdes Vasallo, being duly sworn, depose and say that on the **22nd day of September, 2000 at 2:10 pm**, I:

**Individually Served** the within named person with a true copy of this **SUMMONS AND COMPLAINT IN A CIVIL CASE** with the date and hour endorsed thereon by me, pursuant to State Statutes.

**Comments pertaining to this Service:**
I SPOKE TO MR. CAMPAGNA ON THE PHONE AND INFORMED HIM THAT I WAS 1 MINUTE AWAY FROM HIS OFFICE AND THAT I HAD BEEN THERE PREVIOUSLY AND HE WAS NOT IN. HE TOLD ME HE WAS LEAVING THE OFFICE TO COME BACK ANOTHER DAY. I TOLD HIM THAT I WAS GOING TO HIS OFFICE AND WHEN I GOT UPSTAIRS THEY LOCKED THE GLASS DOOR AND WOULD NOT OPEN. I SAW HIM AND HIS PARTNER SUZEL IGLESIAS LOOK AT ME AND BOTH IGNORED ME THEY DID NOT EVEN COME TO THE DOOR. I IDENTIFIED SELF READ SUMMONS ALOUD AND DROPPED PAPER.

Under penalty of perjury, I declare that I have read the foregoing Verified Under penalty of perjury, I declare that I have read the foregoing Verified Return of Service and that the facts stated in it are true. I am over the age of eighteen. I have no interest in the above action. I am a Certified Process Server in the Circuit in which it was served and in good standing.

ALEJANDRO F. VALDES
MY COMMISSION # CC 814619
EXPIRES: March 7, 2003
Bonded Thru Notary Public Underwriters

Subscribed and Sworn to before me on the 25th day of September, 2000 by the affiant who is personally known to me.

NOTARY PUBLIC

Lourdes Vasallo
1157

PROFESSIONAL PROCESS SERVERS OF SO. FLA.
8730 Sw 41 Street
Miami, FL 33165
(305) 485-8968

Our Job Serial Number: 2000002645

# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

MARIQUITA GUDIEL DE JUAREZ, as Surviving
Spouse and Personal Representative of the Estate
of RANULFO ESTRADA JUAREZ, Deceased,

    Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 00-6098-CIV-JORDAN

WESTRIA HOLDINGS INC., et al.,

    Defendants.

Magistrate: Bandstra

TO: (Name and address of defendant)

ICS ISLAND CRUISE SERVICES N.V.
By and Through its Agent:

C.C.E.T., INC.
By and Through Its President:
FELICE CAMPAGNA
3050 Biscayne Boulevard, Suite 202
Miami, Florida 33137

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David C. Rash, Esquire
Law Offices of David C. Rash, P.A.
88 Northeast 168th Street
North Miami Beach, Florida 33162

Date 9/25/00   Time 2:10pm

IS A CERTIFIED PROCESS SERVER IN
THE CIRCUIT AND COUNTY COURTS
IN AND FOR DADE COUNTY

Lourdes Vasallo #1157

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox

SEP 1 8 2000

CLERK

(BY) DEPUTY CLERK

DATE

2-2645