

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6098-CIV-JORDAN
IN ADMIRALTY

RANULFO ESTRADA JUAREZ )
)
    Plaintiff )
)
vs. )
)
WESTRIA HOLDINGS, INC., and )
MEDITERRANEAN SHIPPING COMPANY, S.A., )
*in personam*; *M/V MELODY*, etc., *in rem* )
)
    Defendants )
)

### ORDER GRANTING PLAINTIFF'S SECOND UNOPPOSED MOTION FOR EXTENSION

Mariquita Gudiel de Juarez's second unopposed motion [D.E. 81] to extend the time for responding to Westria Holding's motion to dismiss is GRANTED. Ms. de Juarez shall respond by November 27, 2000.

DONE and ORDERED in chambers in Miami, Florida, this 3rd day of October, 2000.

_____
Adalberto Jordan
United States District Judge

Copies to:    Magistrate Judge Bandstra
             David C. Rash, Esq.    (Fax: 305-654-8435)
             Kenneth Gale Hawkes   (Fax: 305-571-9250)
             Richard McCormack    (Fax: 305-663-1358)