UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

| | | |
|---|---|---|
| RANULFO ESTRADA JUAREZ, | ) | CASE NO.: 00-6098-CIV-JORDAN |
| | ) | |
| Plaintiff, | ) | Magistrate: Bandstra |
| | ) | |
| vs. | ) | |
| | ) | |
| WESTRIA HOLDINGS INC. and | ) | |
| MEDITERRANEAN SHIPPING | ) | **SECOND RE-NOTICE OF DEPOSITION** |
| CO. S.A., in personam; and, | ) | |
| M/V MELODY, her engines, boilers, | ) | |
| tackle, equipment, apparel, | ) | |
| appurtenances, etc., in rem, | ) | |
| | ) | |
| Defendants. | ) | |

**PLEASE TAKE NOTICE** the undersigned will take the deposition of the following person at the location and on the date and time indicated:

**NAME:**   Rudy Padilla
Mediterranean Shipping Company (USA) Inc.

**DATE:**   October 31, 2000

**TIME:**   10:00 a.m.

**PLACE:**   Law Offices of David C. Rash, P.A.
88 Northeast 168th Street
North Miami Beach, Florida 33162

upon oral examination before an officer of **Esquire Deposition Services**, notaries public, or officers authorized by law to take depositions in the State of Florida. The oral examination will continue from day to day until completed. This deposition is being

taken for the purpose of discovery, for use at trial, or for such other purposes as are permitted under the rules of Court.

I HEREBY CERTIFY that a copy of the foregoing was served by Telefax (305-663-1358/305-571-9250) and United States Mail this 3rd day of October, 2000 on: Richard R. McCormack, Esquire, Hayden and Milliken, P.A., 5915 Ponce de Leon Boulevard, Suite 63, Miami, Florida, 33146; and, Gale Kenneth Hawkes, Esquire, De Orchis, Corsa & Hillenbrand, LLP, 2650 Biscayne Boulevard, Miami, Florida, 33137.

LAW OFFICES OF DAVID C. RASH, P.A.
Attorneys for Plaintiff
88 Northeast 168th Street
North Miami Beach, Florida 33162
Tel: (305) 653-6666 (Dade)
Tel: (954) 476-1515 (Broward)
Fax: (305) 654-8435

by: _____
DAVID C. RASH, ESQUIRE
Florida Bar No: 0977764

cc:   Esquire Deposition Services

2

DAVID C. RASH, P.A.
88 NORTHEAST 168TH STREET, NORTH MIAMI BEACH, FLORIDA 33162 • TELEPHONE (305) 653-6666 • FACSIMILE (305) 654-8435