UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6098-CIV-JORDAN

RANULFO ESTRADA JUAREZ,

    Plaintiff,

vs.

WESTRIA HOLDINGS INC. and
MEDITERRANEAN SHIPPING
CO. S.A., in personam; and,
M/V MELODY, her engines, boilers,
tackle, equipment, apparel,
appurtenances, etc., in rem,

    Defendants.
_____/



## ORDER

THIS CAUSE came before the Court on Claimant/Owner Westria Holdings, Inc.'s Motion for Enlargement of Time (D.E. 78) filed on September 25, 2000. Upon review of this motion and noting that plaintiff has no objection thereto, it is hereby

ORDERED AND ADJUDGED that this Motion for Enlargement of Time is GRANTED. Accordingly, Westria Holdings, Inc. has up to and including October 22, 2000 in which to locate additional documents and other information required to be produced pursuant to this Court's Order dated August 8, 2000.



DONE AND ORDERED in Chambers at Miami, Florida this 5th day of October, 2000.

*[signature]*
Ted E. Bandstra
United States Magistrate Judge

Copies furnished to:
Honorable Adalberto Jordan
David C. Rash, Esq.
Richard R. Mccormack, Esq.