UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**IN ADMIRALTY**

| | |
|---|---|
| MARIQUITA GUDIEL DE JUAREZ, as Surviving Spouse and Personal Representative of the Estate of RANULFO ESTRADA JUAREZ, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>WESTRIA HOLDINGS INC., MEDITERRANEAN SHIPPING CRUISES, MEDITERRANEAN SHIPPING COMPANY (USA) INC., ICS ISLAND CRUISE SERVICES N.V., and, C.C.E.T., INC. in personam; and, M/V MELODY, her engines, boilers, tackle, equipment, apparel, appurtenances, etc., in rem,<br><br>Defendants. | CASE NO.: 00-6098-CIV-JORDAN<br><br>Magistrate: Bandstra<br><br>**NOTICE OF FILING WAIVER OF SERVICE OF SUMMONS, AFFIDAVITS OF SERVICE AND SUMMONSES** |

COMES NOW, the Plaintiff, MARIQUITA GUDIEL DE JUAREZ, as Surviving Spouse and Personal Representative of the Estate of RANULFO ESTRADA JUAREZ, Deceased, ("Juarez"), by and through her undersigned attorney, hereby files with the Clerk the following attached original documents:

1. Rule 4 Original Notice of Lawsuit and Request for Waiver of Service of Summons signed by Maria Suzel Iglesias and dated August 28, 2000, showing C.C.E.T., Inc. waived service of the Amended Complaint;

2. Original Affidavit of Service and Summons In A Civil Case showing service of the Summons and Amended Complaint on the Defendant, Westria Holdings Inc., through its managers, Mediterranean Shipping Company (USA) Inc., on September 22, 2000; and,

3. Original Affidavit of Service and Summons In A Civil Case showing service of the Summons and Amended Complaint on the Defendant, Mediterranean Shipping Cruises, through its managers, Mediterranean Shipping Company (USA) Inc., on September 22, 2000.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a copy of the foregoing was served by U.S. Mail this 3rd day of October, 2000, on: Richard R. McCormack, Esquire, Hayden and Milliken, P.A., 5915 Ponce de Leon Boulevard, Suite 63, Miami, Florida, 33146; and Kenneth Gale Hawkes, Esquire, De Orchis, Corsa & Hillenbrand, LLP, 2650 Biscayne Boulevard, Miami, Florida, 33137.

LAW OFFICES OF DAVID C. RASH, P.A.
Attorneys for Plaintiffs
88 Northeast 168th Street
North Miami Beach, Florida 33162
Tel:   (954) 476-1515 (Broward)
Tel:   (305) 653-6666 (Dade)
Fax:  (305) 654-8435

by:_____
DAVID C. RASH, ESQUIRE
Florida Bar No: 0977764

2

DAVID C. RASH, P.A.
88 NORTHEAST 168TH STREET, NORTH MIAMI BEACH, FLORIDA 33162 • TELEPHONE (305) 653-6666 • FACSIMILE (305) 654-8435

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**IN ADMIRALTY**

| | |
|---|---|
| MARIQUITA GUDIEL DE JUAREZ, ) <br> as Surviving Spouse and Personal ) <br> Representative of the Estate of ) <br> RANULFO ESTRADA JUAREZ, ) <br> Deceased, ) <br>  ) <br> Plaintiff, ) <br>  ) <br> vs. ) <br>  ) <br> WESTRIA HOLDINGS INC., ) <br> MEDITERRANEAN SHIPPING ) <br> CRUISES, MEDITERRANEAN ) <br> SHIPPING COMPANY (USA) INC., ) <br> ICS ISLAND CRUISE SERVICES N.V., ) <br> and, C.C.E.T., INC. in personam; ) <br> and, M/V MELODY, her engines, ) <br> boilers, tackle, equipment, apparel, ) <br> appurtenances, etc., in rem, ) <br>  ) <br> Defendants. ) <br> _____) | CASE NO.: 00-6098-CIV-JORDAN <br><br> Magistrate: Bandstra <br><br><br><br> **NOTICE OF LAWSUIT AND** <br> **REQUEST FOR WAIVER OF** <br> **SERVICE OF SUMMONS** |

TO:  Richard T. Donato
     As Registered Agent of C.C.E.T., Inc.
     England & Donato
     7700 Davie Boulevard Extension
     Hollywood, Florida 33024

A lawsuit has been commenced against C.C.E.T., Inc. A copy of the amended complaint is attached to this notice. It has been filed in the United States District Court for the Southern District of Florida and has been assigned docket number 99-6098-CIV-JORDAN.

This is not a formal summons or notification from the court, but rather my request that you sign and return the enclosed waiver of service in order to save the cost of serving you with a judicial summons and an additional copy of the amended complaint.

I agree to save the cost of service of a summons and an additional copy of the amended complaint in this lawsuit by not requiring that C.C.E.T., Inc. be served with judicial process in the manner provided by Rule 4.

C.C.E.T., Inc. will retain all defenses or objections to the lawsuit or the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against C.C.E.T., Inc. if an answer or motion under Rule 12 is not served upon you within 60 days after August 14, 2000, or within 90 days after that date if the request was sent outside the United States.

_9/28/00_           _Mark Juzef Iglesias_
Date                             Signature
                                  As Registered Agent of CCET INC

Printed/typed name: _Marta Suzel Iglesias_

**Duty to Avoid Unnecessary Costs of Service of Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action had been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgement maybe taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

2

DAVID C. RASH, P.A.
88 NORTHEAST 168TH STREET, NORTH MIAMI BEACH, FLORIDA 33162 • TELEPHONE (305) 653-6666 • FACSIMILE (305) 654-8435

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: 00-6098 CIV JORDAN

Plaintiff
MARIQUITA GUDIEL DE JUAREZ, as Surviving Spouse and
Personal Rep of the Estate of RANULFO ESTRADA JUAREZ,
deceased,

vs.

Defendant
WESTRIA HOLDINGS INC., ET AL.,

For:
David Rash, Esquire
88 N.E. 168 Street
North Miami Beach FL 33178

Received by Professional Process Servers on the 22nd day of September, 2000 at 12:08 pm to be served on **MEDITERRANEAN SHIPPING COMPANY (USA) INC., AS MANAGERS FOR, WESTRIA HOLDINGS, INC., BY SERVING: CT CORPORATION SYSTEM, 1200 S. PINE ISLAND ROAD, PLANTATION, FL 33324.**

I, Robert W. Fischer, being duly sworn, depose and say that on the **22nd day of September, 2000 at 1:05 pm,** I:

SERVED the within named corporation by delivering a true copy of the **SUMMONS IN A CIVIL CASE** with the date and hour endorsed thereon by me to CT CORPORATION SYSTEM as REGISTERED AGENT.

**Comments pertaining to this Service:**
SERVED CT CORPORATION SYSTEM BY SERVING ANNE BOUTILIER AS SUPERVISOR OF SERVICE OF PROCESS.

Under penalty of perjury, I do hereby certify that I have read the foregoing Affidavit of Service and that the facts stated in it are true. I have no interest in the above action. I am a Special Process Server in the county in which it was served in good standing.

OFFICIAL NOTARY SEAL
C NUNEZ
NOTARY PUBLIC STATE OF FLORIDA
COMMISSION NO. CC739240
MY COMMISSION EXP. MAY 4, 2002

Robert W. Fischer
241

**Professional Process Servers**
1749 N.E. 26th Street
Suite C
Wilton Manors, FL 33305
(954) 566-2523
Our Job Serial Number: 2000013878

Subscribed and Sworn to before me on the 27th day of September, 2000 by the affiant who is personally known to me.

_C. Nunez_
NOTARY PUBLIC

# United States District Court

SOUTHERN **DISTRICT OF** FLORIDA

MARIQUITA GUDIEL DE JUAREZ, as Surviving Spouse and Personal Representative of the Estate of RANULFO ESTRADA JUAREZ, Deceased,

    Plaintiff,

**V.**

WESTRIA HOLDINGS INC., et al.,

    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 00-6098-CIV-JORDAN

Magistrate: Bandstra

**TO:** (Name and address of defendant)

MEDITERRANEAN SHIPPING COMPANY (USA) INC.,
as Managers for, WESTRIA HOLDINGS INC.:

CT CORPORATION SYSTEM
1200 South Pine Island Road
Plantation, Florida 33324

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David C. Rash, Esquire
Law Offices of David C. Rash, P.A.
88 Northeast 168th Street
North Miami Beach, Florida 33162

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SERVED _____
DATE _____ TIME _____
BY: _____
A BROWARD COUNTY
SPECIAL PROCESS SERVER
IN GOOD STANDING #___

Clarence Maddox
**CLERK**

(BY) DEPUTY CLERK

SEP 2 2 2000
**DATE**

B

20-13878

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: 00-6098 CIV JORDAN

Plaintiff
MARIQUITA GUDIEL DE JUAREZ, as Surviving Spouse and
Personal Rep of the Estate of RANULFO ESTRADA JUAREZ,
deceased,

vs

Defendant
WESTRIA HOLDINGS INC., ET AL.,

For
David Rash, Esquire
88 N.E. 168 Street
North Miami Beach FL 33178

Received by Professional Process Servers on the 22nd day of September, 2000 at 12:08 pm to be served on **MEDITERRANEAN SHIPPING COMPANY (USA) INC., AS MANAGERS FOR, MEDITERRANEAN SHIPPING CRUISES, BY SERVING: CT CORPORATION SYSTEM, 1200 S. PINE ISLAND ROAD, PLANTATION, FL 33324**

I, Robert W. Fischer being duly sworn, depose and say that on the **22nd day of September, 2000 at 1:05 pm**, I:

SERVED the within named corporation by delivering a true copy of the **SUMMONS IN A CIVIL CASE** with the date and hour endorsed thereon by me to CT CORPORATION SYSTEM as REGISTERED AGENT.

**Comments pertaining to this Service:**
SERVED CT CORPORATION SYSTEM BY SERVING ANNE BOUTILIER AS SUPERVISOR OF SERVICE OF PROCESS.

Under penalty of perjury, I do hereby certify that I have read the foregoing Affidavit of Service and that the facts stated in it are true. I have no interest in the above action. I am a Special Process Server in the county in which it was served in good standing.

OFFICIAL NOTARY SEAL
C NUNEZ
NOTARY PUBLIC STATE OF FLORIDA
COMMISSION NO. CC739240
MY COMMISSION EXP. MAY 4, 2002

Subscribed and Sworn to before me on the 27th day of September, 2000 by the affiant who is personally known to me.

_C. Nunez_
NOTARY PUBLIC

Robert W. Fischer
241

Professional Process Servers
1749 N.E. 26th Street
Suite C
Wilton Manors, FL 33305
(954) 566-2523
Our Job Serial Number 2000013879

# United States District Court

SOUTHERN ——————— DISTRICT OF ——————— FLORIDA

MARIQUITA GUDIEL DE JUAREZ, as Surviving
Spouse and Personal Representative of the Estate
of RANULFO ESTRADA JUAREZ, Deceased,

        Plaintiff,
    V.

WESTRIA HOLDINGS INC., et al.,

        Defendants.

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 00-6098-CIV-JORDAN

Magistrate: Bandstra

**PRIORITY**

TO: (Name and address of defendant)

MEDITERRANEAN SHIPPING COMPANY (USA) INC.,
as Managers for, MEDITERRANEAN SHIPPING CRUISES:

CT CORPORATION SYSTEM
1200 South Pine Island Road
Plantation, Florida 33324

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David C. Rash, Esquire
Law Offices of David C. Rash, P.A.
88 Northeast 168th Avenue
North Miami Beach, Florida 33162

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SERVED: ANNE BOUTILIER
DATE: 9-22-00   TIME: 105 PM
BY: [signature]
A BROWARD COUNTY
SPECIAL PROCESS SERVER
IN GOOD STANDING #24

Clarence Maddox
CLERK

[signature]
(BY) DEPUTY CLERK

SEP 2 2 2000
DATE

B

20-/3479