UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

IN ADMIRALTY

CASE NO. 00-6098-CIV-JORDAN

Magistrate: Ted E. Bandstra

MARIQUITA GUDIEL DE JUAREZ.
as Surviving Spouse and Personal
Representative of the Estate of
RANULFO ESTRADA JUAREZ, deceased

Plaintiff,

vs.

WESTRIA HOLDINGS, INC.,
MEDITERRANEAN SHIPPING
CRUISES, MEDITERRANEAN
SHIPPING COMPANY (USA), INC.,
ICS ISLAND CRUISE SERVICES, N.V.
and C.C.E.T., INC. in personam; and
M/V MELODY, her engines, boilers,
tackle, equipment, apparel,
appurtenances, etc., in rem,

Defendants.
_____/

**AGREED MOTION FOR ENLARGEMENT OF TIME, TOGETHER
WITH MEMORANDUM OF LAW IN SUPPORT THEREOF**

COMES NOW WESTRIA HOLDINGS, INC., MEDITERRANEAN SHIPPING CRUISES, ICS ISLAND CRUISE SERVICES, N.V. and C.C.E.T., INC., by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b), hereby request


Case No.: 00-6098-JORDAN/BANDSTRA

an additional enlargement of time, to and including October 27, 2000, in which to file their motions or other responses to Plaintiff's Complaint filed against them in the above matter. As grounds therefore, this Defendant states as follows:

1. The undersigned was advised that counsel for the Plaintiff has attempted service of process on WESTRIA HOLDINGS, INC., MEDITERRANEAN SHIPPING CRUISES, ICS ISLAND CRUISE SERVICES, N.V. and C.C.E.T., INC., in the above matter.

2. The undersigned counsel will be out of the state on vacation until October 16, 2000.

3. Additional time will be needed to review the necessary documents and prepare the appropriate responses to the Complaint on behalf of WESTRIA HOLDINGS, INC., MEDITERRANEAN SHIPPING CRUISES, ICS ISLAND CRUISE SERVICES, N.V. and C.C.E.T., INC.,

4. That the parties will not be prejudiced by this extension of time. Furthermore, this motion is made in good faith and not for purposes of delay.

5. The undersigned counsel has consulted with Plaintiff's counsel, David Rash, and he has no objection to the granting of this Motion for Enlargement of Time.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true copy of the foregoing was served by mail and fax to David C. Rash, Esq., Attorney for Plaintiff, 88 N.E. 168th Street, North Miami Beach,

Case No.: 00-6098-JORDAN/BANDSTRA

Florida 33162;and Kenneth Gail Hawkes, Esq., De Orchis, Corsa & Hillenbrand,LP, 2650 Biscayne Boulevard, Miami, Florida this 11th day of October, 2000.

> HAYDEN AND MILLIKEN, P.A.
> Attorneys for Defendant
> 5915 Ponce de Leon Blvd., #63
> Miami, Florida 33146
> Phone: (305) 662-1523
>
> By: _/s/ Richard R. McCormack_
> Richard R. McCormack, Esq.
> Fla. Bar No. 168850

H:\16954\Pldg\M-Enlarge10.11.00.wpd