UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

| | |
|---|---|
| RANULFO ESTRADA JUAREZ, ) | CASE NO.: 00-6098-CIV-JORDAN |
| ) | |
| Plaintiff, ) | Magistrate: Bandstra |
| ) | |
| vs. ) | |
| ) | **RE-NOTICE OF VIDEOTAPE** |
| WESTRIA HOLDINGS INC. and ) | **DEPOSITIONS DUCES TECUM** |
| MEDITERRANEAN SHIPPING ) | |
| CO. S.A., in personam; and, ) | |
| M/V MELODY, her engines, boilers, ) | |
| tackle, equipment, apparel, ) | |
| appurtenances, etc., in rem, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**PLEASE TAKE NOTICE** the undersigned will take the videotape depositions of the following persons at the locations and on the dates and times indicated:

**NAME**: Nicola Arena, President
Mediterranean Shipping Company (USA) Inc.

**DATE**: December 8, 2000

**TIME**: 11:00 A.M.

**PLACE**: Mediterranean Shipping Company (USA) Inc.
420 Fifth Avenue
New York, New York 10018

******************************************

**NAME**: Peter Hartmann, Secretary
Mediterranean Shipping Company (USA) Inc.

**DATE**: December 8, 2000

**TIME**: 1:30 P.M.

**PLACE**: Mediterranean Shipping Company (USA) Inc.
420 Fifth Avenue
New York, New York 10018

DAVID C. RASH, P.A.
88 NORTHEAST 168TH STREET, NORTH MIAMI BEACH, FLORIDA 33162 • TELEPHONE (305) 653-6666 • FACSIMILE (305) 654-8415

upon oral and videotape examination before an officer of **Esquire Deposition Services**, notaries public, or officers authorized by law to take depositions in the State of Florida. The oral examination will continue from day to day until completed. This deposition is being taken for the purpose of discovery, for use at trial, or for such other purposes as are permitted under the rules of Court.

I HEREBY CERTIFY that a copy of the foregoing was served by U.S. Mail this 16th of October, 2000, on: Reginald M. Hayden, Jr., Esquire, Hayden and Milliken, P.A., 5915 Ponce de Leon Boulevard, Suite 63, Miami, Florida, 33146; Gale Kenneth Hawkes, Esquire, De Orchis, Corsa & Hillenbrand, LLP, 2650 Biscayne Boulevard, Miami, Florida, 33137; and Carey R. Wiener, Esquire, DeOrchis, Walker & Corsa, LLP, 61 Broadway, 26th Floor, New York, New York 10006.

LAW OFFICES OF DAVID C. RASH, P.A.
Attorneys for Plaintiff
88 Northeast 168th Street
North Miami Beach, Florida 33162
Tel: (305) 653-6666 (Dade)
Tel: (954) 476-1515 (Broward)
Fax: (305) 654-8435

by: _____
DAVID C. RASH, ESQUIRE
Florida Bar No: 0977764

cc:   Esquire Deposition Services

2

DAVID C. RASH, P.A.
88 NORTHEAST 168TH STREET, NORTH MIAMI BEACH, FLORIDA 33162 • TELEPHONE (305) 653-6666 • FACSIMILE (305) 654-8435