UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
IN ADMIRALTY

CASE NO. 00-6098-CIV-JORDAN

Magistrate: Ted E. Bandstra

RANULFO ESTRADA JUAREZ,

        Plaintiff,

vs.

WESTRIA HOLDINGS, INC., and
in personam; and M/V MELODY,
her engines, boilers, tackle,
equipment, apparel, appurtenances,
etc., in rem,

        Defendants.
_____/



### AGREED MOTION FOR ENLARGEMENT OF TIME, TOGETHER WITH MEMORANDUM OF LAW IN SUPPORT THEREOF

COMES NOW WESTRIA HOLDINGS, INC., as Claimant/Owner of the M/V MELODY, in rem, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b), and hereby requests an additional sixty (60) day enlargement of time, to and including December 19, 2000, in which to seek to locate additional documents and other information required to be produced in compliance with the Order entered by Magistrate Judge Ted Bandstra on August 8, 2000, that are not included as part of the Objections to the Magistrate's Order, filed with the Court on August 18, 2000. As grounds therefore, this Defendant states as follows:

    1.    On August 8, 2000, Magistrate Judge Ted Bandstra entered an Order on

Case No.: 00-6098-JORDAN/BANDSTRA

Plaintiff's Motions to Compel, requiring Defendants to produce numerous documents within ten days of that Order.

2. On August 18, 2000, this Defendant served its Objections to Magistrate's Order with respect to certain of the documents and other information that the Magistrate ordered to be produced.

3. On September 22, 2000, this Defendant served a Notice of Compliance and Supplemental Response to Plaintiff's Request for Production, whereby this Defendant has obtained and now produced a number of documents, in addition to the substantial number of other documents previously produced in this cause.

4. That this Defendant is still seeking to locate other documents and information that may be in its possession and that may be responsive to Plaintiff's Request for Production, and to which objections have not been filed with this Court; and well as seeking to obtain other information to adequately respond to Plaintiff's previously propounded Interrogatories.

5, To the extent that the documents or other information ordered to be provided exist and are in the possession of WESTRIA HOLDINGS, INC., such documents and information would be either on board the vessel M/V MELODY or located in either Panama or Geneva, Switzerland. Furthermore, any statement to be made by WESTRIA HOLDINGS, INC. under oath would be required to be executed by a representative of that company who resides in either Panama or Geneva, Switzerland.

6. The M/V MELODY is presently operating cruises in the Mediterranean out of

Case No.: 00-6098-JORDAN/BANDSTRA

the Port of Genoa in Italy. It is anticipated that the M/V MELODY will be returning to a Port in the United States until approximately January, 2001.

7. WESTRIA HOLDINGS, INC. is a registered Panamanian corporation which does not maintain any offices in the United States; it has no bank accounts in the United States; its owns no property in the United States; it has no agents in the United States; it pays no taxes in the United States; it does not have any United States citizens working for it; it does not hire any crew members in the United States; and the M/V "MELODY" is operated from primary offices in Geneva. (See Affidavit of Antonio Gonzalez Perez, President of WESTRIA HOLDINGS, INC., filed in this cause on May 23, 2000).

8. This Defendant timely filed written objections with the District Judge pertaining to certain rulings of the Magistrate Judge, pursuant to the provisions of 28 U.S.C. §636 (b)(1)(A) and Rule 4 of the Magistrate Judge Rules. WESTRIA HOLDINGS, INC. respectfully contends that it should not be required to produce those documents objected to until such time as the District Judge has considered those particular objections.

9. The undersigned will use all reasonable efforts to obtain the additional documentation and other information ordered to be produced, if it exists and is in the custody of WESTRIA HOLDINGS, INC., and to which no objections have been filed with the District Judge, within thirty (30) days from today. However, if the documents ordered to be produced do not exist, or are not in the custody of the M/V MELODY or WESTRIA HOLDINGS, INC., then an appropriate statement will be made to that effect.

11. That the parties will not be prejudiced by this extension of time. Furthermore,

Case No.: 00-6098-JORDAN/BANDSTRA

this motion is made in good faith and not for purposes of delay.

12. WESTRIA HOLDINGS, INC. will continue to attempt to resolve any disputes pertaining to any remaining outstanding discovery with counsel for the Plaintiff.

13. The undersigned counsel has consulted with Plaintiff's counsel, David Rash, and he has no objection to the granting of this Motion for Enlargement of Time.

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true copy of the foregoing was served by mail and fax to David C. Rash, Esq., Attorney for Plaintiff, 88 N.E. 168th Street, North Miami Beach, Florida 33162; and mailed to Kenneth Gail Hawkes, Esq., De Orchis, Corsa & Hillenbrand, LLP, 2650 Biscayne Boulevard, Miami, Florida this 23[th] day of October, 2000.

HAYDEN AND MILLIKEN, P.A.
Attorneys for Defendant
5915 Ponce de Leon Blvd., #63
Miami, Florida 33146
Phone: (305) 662-1523

By: _____
Richard R. McCormack, Esq.
Fla. Bar No. 168850

H:\16954\Pldg\M-Enlarge10.20.wpd