UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
IN ADMIRALTY

CASE NO. 00-6098-CIV-JORDAN

Magistrate: Ted E. Bandstra

MARIQUITA GUDIEL DE JUAREZ,
as Surviving Spouse and Personal
Representative of the Estate of
RANULFO ESTRADA JUAREZ,
Deceased.

            Plaintiff,

vs.

WESTRIA HOLDINGS, INC.,
MEDITERRANEAN SHIPPING
CRUISES, MEDITERRANEAN
SHIPPING COMPANY (USA), INC.,
ICS ISLAND CRUISE SERVICES,
N.V., and C.C.E.T., INC., in personam;
and M/V MELODY, her engines, boilers,
tackle, equipment, apparel, appurtenances,
etc., in rem,

            Defendants.
_____/

## DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME, TOGETHER WITH MEMORANDUM OF LAW IN SUPPORT THEREOF

COMES NOW WESTRIA HOLDINGS, INC., ICS ISLAND CRUISE SERVICE, N.V., MEDITERRANEAN SHIPPING CRUISES, and C.C.E.T., INC., by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 6(b), and hereby request an additional twenty (20) day enlargement of time, to and including November 15, 2000, in which to serve motions or otherwise respond to the Amended Complaint filed on behalf

NON-COMPLIANCE OF S.D. fla. L.R. 7.1A(1).

Case No.: 00-6098-JORDAN/BANDSTRA

of the Plaintiff in the above-styled cause, and in support thereof, state as follows:

1. That these Defendants and their counsel need the additional requested time to complete affidavits and conduct research in order to serve appropriate motions or other responses to the Amended Complaint.

2. That the parties will not be prejudiced by this extension of time. Furthermore, this motion is made in good faith and not for purposes of delay.

3. The undersigned has contacted opposing counsel and is authorized to represent that he has no objection to the requested enlargement of time.

4. That pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, the Defendants should be granted an extension of time to answer the Amended Complaint.

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a true copy of the foregoing was served by mail to David C. Rash, Esq., Attorney for Plaintiff, 88 N.E. 168th Street, North Miami Beach, Florida 33162; and to Kenneth Gail Hawkes, Esq., De Orchis, Corsa & Hillenbrand, LLP, 2650 Biscayne Boulevard, Miami, Florida this 26th day of October, 2000.

HAYDEN AND MILLIKEN, P.A.
Attorneys for Defendant
5915 Ponce de Leon Blvd., #63
Miami, Florida 33146
Phone: (305) 662-1523

By: _____
Richard R. McCormack, Esq.
Fla. Bar No. 168850