UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

IN ADMIRALTY

CASE NO. 00-6098-CIV-JORDAN

Magistrate: Ted E. Bandstra

MARIQUITA GUDIEL DE JUAREZ,
as Surviving Spouse and Personal
Representative of the Estate of
RANULFO ESTRADA JUAREZ,
Deceased.

           Plaintiff,

vs.

WESTRIA HOLDINGS, INC.,
MEDITERRANEAN SHIPPING
CRUISES, MEDITERRANEAN
SHIPPING COMPANY (USA), INC.,
ICS ISLAND CRUISE SERVICES,
N.V., and C.C.E.T., INC., in personam;
and M/V MELODY, her engines, boilers,
tackle, equipment, apparel, appurtenances,
etc., in rem,

           Defendants.
_____/

## DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

COMES NOW MEDITERRANEAN SHIPPING CRUISES, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b), and hereby requests an enlargement of time, to and including December 19, 2000, in which to serve its responses and/or objections to Plaintiff's Request for Production propounded on

Case No.: 00-6098-JORDAN/BANDSTRA

Defendant, MEDITERRANEAN SHIPPING CRUISES. As grounds therefore, this Defendant states as follows:

1. Defendant, MEDITERRANEAN SHIPPING CRUISES was previously served with Plaintiff's Request for Production. Defendant's responses and/or objections to this discovery are due to be served on November 15, 2000.

2. Many of the documents have already been previously produced on behalf of WESTRIA HOLDINGS, INC. to Plaintiff's counsel.

3. This Court has previously granted WESTRIA HOLDINGS, INC. an extension of time to and including December 19, 2000, in which to locate additional documents and other information required to be produced.

4. Additional time will be needed to obtain and review the necessary documents and prepare the appropriate responses to Plaintiff's Request for Production.

5. That the parties will not be prejudiced by this extension of time. Furthermore, this motion is made in good faith and not for purposes of delay.

6. The undersigned has contacted counsel for the Plaintiff, David Rash, Esq., and has been advised that Mr. Rash has no objection to the entry of this Order.

WHEREFORE, Defendant respectfully requests this Court to enter an Order extending the time in which to serve its responses and/or objections to Plaintiff's Request for Production served on MEDITERRANEAN SHIPPING CRUISES in the above styled cause.

Case No.: 00-6098-JORDAN/BANDSTRA

## **CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a true copy of the foregoing was served by mail to David C. Rash, Esq., Attorney for Plaintiff, 88 N.E. 168th Street, North Miami Beach, Florida 33162; and to Kenneth Gail Hawkes, Esq., De Orchis, Corsa & Hillenbrand, LLP, 2650 Biscayne Boulevard, Miami, Florida this 15th day of November, 2000.

HAYDEN AND MILLIKEN, P.A.
Attorneys for Defendant
5915 Ponce de Leon Blvd., #63
Miami, Florida 33146
Phone: (305) 662-1523

By: _____
Richard R. McCormack, Esq.
Fla. Bar No. 168850