

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 00-6098-CIV-JORDAN

MARIQUITA GUDIEL DE JUAREZ, as )
Surviving Spouse and Personal )
Representative of the Estate of RANULFO )
ESTRADA JUAREZ )
        Plaintiffs )
vs. )
WESTRIA HOLDINGS, INC., et al. )
        Defendants )

## ORDER

The defendants' unopposed motion for an enlargement of time is GRANTED. The defendants have until November 22, 2000, to respond to the amended complaint filed on behalf of the plaintiff.

DONE and ORDERED in chambers in Miami, Florida, this 16th day of November, 2000.

_____
Adalberto Jordan
United States District Judge

Copy to:    Richard R. McCormack, Esq.
              David C. Rash, Esq.
              Kenneth Gail Hawkes, Esq.
              Cary R. Wiener, Esq.