UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6098-CIV-JORDAN

RANULFO ESTRADA JUAREZ,

    Plaintiff,

vs.

WESTRIA HOLDINGS INC. and
MEDITERRANEAN SHIPPING
CO. S.A., in personam; and,
M/V MELODY, her engines, boilers,
tackle, equipment, apparel,
appurtenances, etc., in rem,

    Defendants.
_____/



## ORDER

THIS CAUSE came before the Court on Defendant's Unopposed Motion for Enlargement of Time (D.E. 97) filed on November 15, 2000. Upon review of this motion, the court file and applicable law, it is hereby

ORDERED AND ADJUDGED that this Motion for Enlargement of Time is GRANTED. Accordingly, defendant Mediterranean Shipping Cruises has up to and including December 19, 2000 in which to serve its responses and/or objections to Plaintiff's Request for Production.



DONE AND ORDERED in Chambers at Miami, Florida this 30th day of November, 2000.

                                                Ted E. Bandstra
                                      United States Magistrate Judge

Copies furnished to:
Honorable Adalberto Jordan
David C. Rash, Esq.
Richard R. Mccormack, Esq.
Kenneth Gail Hawkes