

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

| | |
|---|---|
| MARIQUITA GUDIEL DE JUAREZ, as Surviving Spouse and Personal Representative of the Estate of RANULFO ESTRADA JUAREZ, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>WESTRIA HOLDINGS INC., MEDITERRANEAN SHIPPING CRUISES, MEDITERRANEAN SHIPPING COMPANY (USA) INC., ICS ISLAND CRUISE SERVICES N.V., and, C.C.E.T., INC. <u>in personam</u>; and, M/V MELODY, her engines, boilers, tackle, equipment, apparel, appurtenances, etc., <u>in rem</u>,<br><br>Defendants. | CASE NO.: 00-6098-CIV-JORDAN<br><br>Magistrate: Bandstra<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT DATED NOVEMBER 22, 2000** |

COMES NOW, the Plaintiff, MARIQUITA GUDIEL DE JUAREZ, as Surviving Spouse and Personal Representative of the Estate of RANULFO ESTRADA JUAREZ, Deceased, ("Juarez"), by and through her undersigned attorney and pursuant to S.D. Fla. L.R. 7.1, respectfully requests an extension of time of 60 days, or until February 7, 2001, within which to file an Opposition to the Defendant, WESTRIA HOLDINGS INC.'s, ("Westria"), MEDITERRANEAN SHIPPING CRUISES', ("MSC"), ICS ISLAND CRUISE SERVICES N.V.'s, ("ICS"), and C.C.E.T., INC.'s, ("CCET"), Motion to Dismiss Amended Complaint dated November 22, 2000, for the following reasons:

1. On November 22, 2000, Westria, MSC, ICS and CCET filed a Motion to Dismiss Amended Complaint.[1]

2. Since filing its initial Motion to Dismiss Amended Complaint, Westria has requested and been granted several extensions of time to comply with this Honorable Court's discovery orders concerning critical discovery due Juarez. At this time, Westria's responses are due on or before December 19, 2000.

3. Further, Westria's Objections to the Magistrate's Order dated August 8, 2000, is still pending and a resolution is necessary in order to determine what objected to discovery will be or will not be required.

4. Additionally, critical discovery related to the very issues at hand, i.e. depositions in New York of corporate officers of Mediterranean Shipping Company (USA) Inc., were scheduled on December 8, 2000, but had to be cancelled because Juarez's undersigned counsel had to travel to Houston, Texas, from November 22, 2000, through December 3, 2000, as his mother was admitted on an emergency basis to the University of Texas M.D. Anderson Cancer Clinic for surgery with following chemotherapy treatments that will continue for the next 18 weeks. Juarez's undersigned counsel will have to return to Houston with his mother periodically over the next 18 weeks, and the critical depositions will most likely be rescheduled in January 2001.

5. Finally, Mediterranean Shipping Company (USA) Inc.'s responses to Juarez's Request for Production dated October 16, 2000, are well past due and may become the

---

[1] On August 18, 2000, Westria alone had filed a Motion to Dismiss Amended Complaint based on jurisdictional and forum non conveniens defenses. Now, it appears that Westria and other Defendants have re-filed and adopted the same motion.

2

subject of a motion to compel.

6. Due to the pending critical discovery and Juarez's undersigned counsel's personal family matters described above, Juarez respectfully request that this Honorable Court enter an Order granting a 60 day extension fo time, or until February 7, 2001, within which to respond to Westria's, MSC's, ICS' and CCET's Motion to Dismiss dated November 22, 2000.

7. The undersigned attorney has contacted counsel for Westria, MSC, ICS and CCET, Richard McCormack, Esquire, and he has no objection to this motion.

WHEREFORE, the Plaintiff, MARIQUITA GUDIEL DE JUAREZ, as Surviving Spouse and Personal Representative of the Estate of RANULFO ESTRADA JUAREZ, Deceased, respectfully requests that this Court enter an Order in accordance with the foregoing motion.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served by U.S. Mail this 7th day of December, 2000, on: Richard R. McCormack, Esquire, Hayden and Milliken, P.A., 5915 Ponce de Leon Boulevard, Suite 63, Miami, Florida, 33146; Kenneth Gale Hawkes, Esquire, De Orchis, Corsa & Hillenbrand, LLP, 2650 Biscayne Boulevard, Miami, Florida, 33137; and, Cary R. Wiener, Esquire, DeOrchis, Walker & Corsa, LLP, 61 Broadway, 26th Floor, New York, New York 10006.

LAW OFFICES OF DAVID C. RASH, P.A.
Attorneys for Plaintiff
88 Northeast 168th Street
North Miami Beach, Florida 33162
Tel:  (954) 476-1515 (Broward)
Tel:  (305) 653-6666 (Dade)
Fax:  (305) 654-8435

by: _____
DAVID C. RASH, ESQUIRE
Florida Bar No: 0977764

3

DAVID C. RASH, P.A.
88 NORTHEAST 168TH STREET, NORTH MIAMI BEACH, FLORIDA 33162 • TELEPHONE (305) 653-6666 • FACSIMILE (305) 654-8435