UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
IN ADMIRALTY

FILED BY_____ D.C.

00 DEC -8 AM 9:37

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FL - MIAMI

CASE NO. 00-6098-CIV-JORDAN/BANDSTRA

MARIQUITA GUDIEL DE JUAREZ,
as Surviving Spouse and Personal
Representative of the Estate of
RANULFO ESTRADA JUAREZ,
Deceased,

            Plaintiff,

vs.

WESTRIA HOLDINGS, INC.,
MEDITERRANEAN SHIPPING
CRUISES, MEDITERRANEANS
SHIPPING COMPANY (USA) INC.,
ICS ISLAND CRUISE SERVICES
N.V. and, C.C.E.T., INC. in personam;
and M/V MELODY, her engines, boilers,
tackle, equipment, apparel, appurtenances,
etc., in rem,

            Defendants.
_____/

## STIPULATION AND JOINT MOTION FOR CONTINUANCE OF MEDIATION

The Plaintiff, MARIQUITA GUDIEL DE JUAREZ, as Surviving Spouse and Personal Representative of the Estate of RANULFO ESTRADA JUAREZ, Deceased and the Defendants, WESTRIA HOLDINGS, INC., MEDITERRANEAN SHIPPING CRUISES, MEDITERRANEAN SHIPPING COMPANY (USA) INC., ICS ISLAND CRUISE SERVICES N.V. and, C.C.E.T., INC by and through their respective undersigned attorneys, in view of pending discovery matters, stipulate and agree and jointly move this Court to enter an



CASE NO. 00-6098-CIV-JORDAN

Order continuing the scheduled Mediation in this matter until January 24, 2000 at 1:30 p.m.

Dated this _____ day of November, 2000.

| | |
|---|---|
| Law office of Davis C. Rash<br>Counsel for Plaintiff<br>88 N.E. 168th Street<br>North Miami Beach, FL 3316<br>(305) 653-6666 | HAYDEN & MILLIKEN, P.A.<br>Counsel for Westria Holdings, Inc.<br>MSC, ICS Island Cruises and C.C.E.T.,<br>5915 Ponce De Leon Blvd., Suite 63<br>Miami, Florida 33146<br>(305) 662-1523 |
| By: _____<br>David C. Rash<br>Florida Bar No.: 0977764 | By: _____<br>Richard R. McCormack<br>Florida Bar No.: 168850 |

De Orchis, Corsa & Hillenbrand
Counsel for MSC (USA)
2650 Biscayne Boulevard
Miami, Florida 33137
(305) 571-9200

By: _____
Kenneth Gale Hawkes
Florida Bar No.: 282243

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

IN ADMIRALTY

CASE NO. 00-6098-CIV-JORDAN
Magistrate Judge Ted E. Bandstra

RANULFO ESTRADA JUAREZ,

        Plaintiff,

vs.

WESTRIA HOLDINGS, INC., and
in personam; and M/V MELODY,
her engines, boilers, tackle,
equipment, apparel, appurtenances,
etc., in rem,

        Defendants.
_____/

## ORDER RE-SCHEDULING MEDIATION

The mediation conference in this matter shall be with **Thomas E. Backmeyer, Esq.**, a certified mediator with **Florida Mediation Group, Inc.**, on **January 24, 2001, at 1:30 p.m.** The Mediation with be held at **28 West Flagler Street, Tenth Floor, Miami, Florida 33130**.

DONE AND ORDERED in Chambers at Miami, Florida, this ____ day of _____, 2000.

_____
ADALBERTO JORDAN,
United States District Judge

Copies furnished to:

All Counsel of Records