UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

IN ADMIRALTY



CASE NO. 00-6098-CIV-JORDAN
Magistrate Judge Ted E. Bandstra

RANULFO ESTRADA JUAREZ,

        Plaintiff,

vs.

WESTRIA HOLDINGS, INC., and
in personam; and M/V MELODY,
her engines, boilers, tackle,
equipment, apparel, appurtenances,
etc., in rem,

        Defendants.
_____/

### ORDER RE-SCHEDULING MEDIATION

The mediation conference in this matter shall be with **Thomas E. Backmeyer, Esq.**, a certified mediator with **Florida Mediation Group, Inc., on January 24, 2001, at 1:30 p.m.** The Mediation with be held at **28 West Flagler Street, Tenth Floor, Miami, Florida 33130**.

DONE AND ORDERED in Chambers at Miami, Florida, this 1st day of December, 2000.

                                                ADALBERTO JORDAN,
                                                United States District Judge



Copies furnished to:

All Counsel of Records