

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 00-6098-CIV-JORDAN

MARIQUITA GUDIEL DE JUAREZ, as )
Surviving Spouse and Personal )
Representative of the Estate of RANULFO )
ESTRADA JUAREZ, deceased )
)
      Plaintiff )
)
vs. )
)
WESTRIA HOLDINGS, INC., et al., )
)
      Defendants )
)

## ORDER

    Mariquita Gudiel de Juarez's unopposed motion for an extension of time to file a response to the defendants' motion to dismiss [D.E. 102] is GRANTED. Ms. de Juarez shall file her response by February 7, 2001.

    DONE and ORDERED in chambers in Miami, Florida, this 2nd day of January, 2001.

                                              _____
                                              Adalberto Jordan
                                              United States District Judge

Copy to:    Richard McCormack, Esq.
                 Kenneth Gale Hawkes, Esq.
                 Cary Weiner, Esq.
                 David Rash, Esq.

