UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO 00-6098-CIV-JORDAN

RANULFO ETRADA JUAREZ

vs.

WESTRIA HOLDINS, INC., and
MEDITERRANEAN SHIPPING
COMPANY, S.A., in personam;
M/V MELODY, etc.

_____/



## RE-NOTICE OF CALENDAR CALL

This case is reset for calendar call before District Judge Adalberto Jordan at 9:00 a.m., on Tuesday, July 10, 2001, at 301 North Miami Avenue, Courtroom 8 on the Eighth Floor, Miami, Florida 33128.

Adalberto Jordan
United States District Judge

By:_____
Courtroom Deputy

Copies furnished to:
To all counsel of record

