


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 00-6098-CIV-JORDAN

MARIQUITA GUDIEL DE JUAREZ, as Surviving Spouse and Personal Representative of the Estate of RANULFO ESTRADA JUAREZ, deceased

Plaintiff

vs.

WESTRIA HOLDINGS, INC., et al.,

Defendants

**ORDER**

Westria Holdings has filed objections to Magistrate Judge Bandstra's August 8, 2000, discovery order. In passing on a party's appeal and objections to a magistrate judge's order on a non-dispositive matter, a district judge will not overturn the magistrate judge's decision unless it was clearly erroneous or contrary to law. *See* 28 U.S.C. § 636(b)(1)(A); Local Magistrate Judge Rule 4(a). As set forth below, Westria's objections [D.E. 64] are SUSTAINED IN PART and OVERRULED IN PART.

With regard to its objections to request numbers 4(A), 4(B), 6, 37, 38, 39, 45, and 46, Westria cites no authority to support its assertion that Magistrate Judge Bandstra's order was clearly erroneous or contrary to law. Westria and the remaining defendants have raised, *inter alia*, jurisdictional and forum non conveniens arguments. The discovery sought in these requests is relevant or is reasonably calculated to lead to the discovery of admissible evidence. *See* FED. R. CIV. P. 26(b). Accordingly, Westria's objections as to those matters are hereby OVERRULED.

However, with regard to request number 47, this request is overly broad, unduly burdensome, vague, and unlikely to lead to the discovery of admissible evidence. *See* FED. R. CIV. P. 26(b). Hence, Westria's objection to the order compelling discovery as to request number 47 is SUSTAINED.

DONE and ORDERED in chambers in Miami, Florida, this 1st day of February, 2001.

Adalberto Jordan
United States District Judge

Copy to: Richard McCormack, Esq.
Kenneth Gale Hawkes, Esq.
Cary Weiner, Esq.
David Rash, Esq.