UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by ___ D.C.
FEB 1 2 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**IN ADMIRALTY**

| | |
|---|---|
| MARIQUITA GUDIEL DE JUAREZ, ) <br> as Surviving Spouse and Personal ) <br> Representative of the Estate of ) <br> RANULFO ESTRADA JUAREZ, ) <br> Deceased, ) <br> ) <br>    Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> WESTRIA HOLDINGS INC., ) <br> MEDITERRANEAN SHIPPING ) <br> CRUISES, MEDITERRANEAN ) <br> SHIPPING COMPANY (USA) INC., ) <br> ICS ISLAND CRUISE SERVICES N.V., ) <br> and, C.C.E.T., INC. in personam; ) <br> and, M/V MELODY, her engines, ) <br> boilers, tackle, equipment, apparel, ) <br> appurtenances, etc., in rem, ) <br> ) <br>    Defendants. ) <br> _____ ) | CASE NO.: 00-6098-CIV-JORDAN <br><br> Magistrate: Bandstra <br><br><br><br><br> **ORDER GRANTING PLAINTIFF'S <br> UNOPPOSED MOTION FOR <br> EXTENSION OF TIME WITHIN WHICH <br> TO FILE OPPOSITION TO <br> DEFENDANTS' MOTION TO DISMISS <br> AMENDED COMPLAINT DATED <br> NOVEMBER 22, 2000** |

  THIS CAUSE came before the Court upon the Plaintiff's Unopposed Motion for Extension of Time Within Which to File Opposition to the Defendants, WESTRIA HOLDINGS INC.'s, MEDITERRANEAN SHIPPING CRUISES', ICS ISLAND CRUISE SERVICES N.V.'s, and C.C.E.T., INC.'s Motion to Dismiss Amended Complaint dated November 22, 2000. The Court having reviewed the Plaintiff's Motion, any their being no objection, it is:

  ORDERED that the Plaintiff's Motion for Extension of Time Within Which to File Opposition to Defendants' Motion to Dismiss Amended Complaint dated November 22,

2000, is **GRANTED**. The Plaintiff shall have 30 days extension of time, or until March 7, 2001, within which to file its Opposition to the Defendants' Motion to Dismiss Amended Complaint dated November 22, 2000.

DONE AND ORDERED in Chambers at Miami, Miami-Dade County, Florida this 12th day of February, 2001.

_____
UNITED STATES DISTRICT JUDGE


cc:  David C. Rash, Esquire
     Richard R. McCormack, Esquire
     Kenneth Gale Hawkes, Esquire
     Cary R. Weiner, Esquire