

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**IN ADMIRALTY**

| | |
|---|---|
| MARIQUITA GUDIEL DE JUAREZ, as Surviving Spouse and Personal Representative of the Estate of RANULFO ESTRADA JUAREZ, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>WESTRIA HOLDINGS INC., MEDITERRANEAN SHIPPING CRUISES, MEDITERRANEAN SHIPPING COMPANY (USA) INC., ICS ISLAND CRUISE SERVICES N.V., and, C.C.E.T., INC. in personam; and, M/V MELODY, her engines, boilers, tackle, equipment, apparel, appurtenances, etc., in rem,<br><br>Defendants. | CASE NO.: 00-6098-CIV-JORDAN<br><br>Magistrate: Bandstra<br><br><br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT DATED NOVEMBER 22, 2000** |

THIS CAUSE came before the Court upon the Plaintiff's Unopposed Motion for Extension of Time Within Which to File Opposition to the Defendants, WESTRIA HOLDINGS INC.'s, MEDITERRANEAN SHIPPING CRUISES', ICS ISLAND CRUISE SERVICES N.V.'s, and C.C.E.T., INC.'s Motion to Dismiss Amended Complaint dated November 22, 2000. The Court having reviewed the Plaintiff's Motion, any their being no objection, it is:

ORDERED that the Plaintiff's Motion for Extension of Time Within Which to File Opposition to Defendants' Motion to Dismiss Amended Complaint dated November 22,

2000, is **GRANTED**. The Plaintiff shall have 30 days extension of time, or until April 6, 2001, within which to file its Opposition to the Defendants' Motion to Dismiss Amended Complaint dated November 22, 2000. No further extensions shall be granted. /s/

DONE AND ORDERED in Chambers at Miami, Miami-Dade County, Florida this 6th day of March, 2001.

_____
UNITED STATES DISTRICT JUDGE

cc: David C. Rash, Esquire
Richard R. McCormack, Esquire
Kenneth Gale Hawkes, Esquire
Cary R. Weiner, Esquire