

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 00-6098-CIV-JORDAN

MARIQUITA GUDIEL DE JUAREZ, as )
surviving spouse and personal representative )
of the estate of RANULFO ESTRADA )
JUAREZ, deceased )
)
      Plaintiff )
)
vs. )
)
WESTRIA HOLDINGS, INC., et al )
)
      Defendants )
_____ )

### ORDER REQUIRING STIPULATION OF DISMISSAL

The Court being advised that this dispute is settled, the parties shall file a stipulation of dismissal with prejudice no later than April 6, 2001. If the parties intend to request that the Court retain jurisdiction to enforce any settlement agreement, they shall produce the agreement *in camera* for review. The agreement need not be filed with the Clerk. For the time being, any pending motions are DENIED WITHOUT PREJUDICE. The parties are hereby granted leave to refile their motions should the settlement agreement unravel.

DONE and ORDERED in chambers in Miami, Florida, this 26th day of March, 2001.

_____
Adalberto Jordan
United States District Judge

Copy to:    Clerk of the Court
              David Rash, Esq.
              Richard McCormack, Esq.
              Kenneth Gale Hawkes, Esq.
              Cary Weiner, Esq.

