```
                                    UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF FLORIDA

                                    CASE NO.   : 00-6098-CIV-JORDAN
                                    JUDGE      : ADALBERTO JORDAN
                                    TRIAL DATE:
```

RANULFO ESTRADA JUAREZ

    Plaintiff(s),                      **MEDIATORS REPORT**

vs.

WESTRIA HOLDINGS, ET AL.

    Defendant(s).

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

COMES NOW Thomas E. Backmeyer, Esq., the undersigned certified Mediator from **FLORIDA MEDIATION GROUP** and reports to this Honorable Court:

The Mediation was held on: 03-22-2001 13:30.

    ✓    AN AGREEMENT WAS REACHED.

    ____    Mediation Agreement attached, with the parties consent.

    ____    No Agreement was reached; Impasse.

    ____    The parties wish to continue settlement negotiations and may reconvene for a Continuation of the Mediation. Notice of the date, time and place shall be furnished to the parties and filed with the court. If no Notice of Mediation Agreement or Post-Mediation Agreement is filed on or before ___/___/___ this matter shall be considered at an Impasse.

    ____    A Post-Mediation Settlement was reached, as per information received on ___/___/___, from _____.

    ____    Other:_____
_____.

_____
Certified Mediator, **FLORIDA MEDIATION GROUP - FMG# 0-42115**

(✓)                                  ( )
28 W. Flagler St.              800 E. Broward Blvd.
10th Floor                     Suite 400
Miami, FL. 33130              Ft. Lauderdale, FL. 33301
(305) 579-9990                (954) 522-9991

Copies to:
Clerk of Court
Counsel of record
Parties, (if unrepresented)
3/23/2001
medrept.fed

