UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO.: 00-6098-CIV-JORDAN

MARIQUITA GUDIEL DE JUAREZ,
as Surviving Spouse and Personal
Representative of the Estate of
RANULFO ESTRADA JUAREZ,
Deceased,

    Plaintiff,

vs.

WESTRIA HOLDINGS, INC.,
MEDITERRANEAN SHIPPING
CRUISES, MEDITERRANEAN
SHIPPING COMPANY (USA) INC.,
ICS ISLAND CRUISE SERVICES
N.V., and C.C.E.T., INC., *in personam*;
and, M/V MELODY, her engines,
boilers, tackle, equipment, apparel,
appurtenances, etc., *in rem*,

    Defendants.
_____/

**CLOSED CIVIL CASE**



FILED by _____ D.C.

APR 06 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

## STIPULATION AND JOINT MOTION FOR ORDER OF DISMISSAL WITH PREJUDICE AND CANCELLATION AND DISCHARGE OF ALL LETTERS OF UNDERTAKING

The Plaintiff, MARIQUITA GUDIEL DE JUAREZ, as Surviving Spouse and duly authorized Personal Representative of the Estate of RANULFO ESTRADA JUAREZ, Deceased, and the Defendants, WESTRIA HOLDINGS, INC., MEDITERRANEAN SHIPPING CRUISES, MEDITERRANEAN SHIPPING COMPANY (USA) INC., ICS ISLAND CRUISE SERVICES N.V., C.C.E.T., INC. and M/V MELODY, by and through their respective undersigned attorneys, stipulate and agree and jointly move this Court to enter an Order dismissing the above-styled cause with prejudice as to the Plaintiff, with each party to bear their own costs and attorneys fees, on the grounds that all matters and things in dispute between the Plaintiff and the Defendants have been amicably settled, adjusted

CASE NO. 00-6098-CIV-JORDAN

and compromised, and that all medical expenses, liens, encumbrances and subrogated interests, if any, are to be paid by the Plaintiff out of the settlement proceeds received; and the parties further stipulate and agree that all letters of undertaking or other security issued or provided in connection with the above-styled cause including, but not limited to, that certain Letter of Undertaking issued on or about February 7, 2000, on behalf of the North of England P&I Association to David C. Rash, Esq., be and is the same is hereby cancelled, discharged, and declared null and void *ab initio,* and the original Letters of Undertaking and other security shall be returned to the issuer thereof.

DATED this 5th day of April, 2001.

| | |
|---|---|
| LAW OFFICES OF DAVID C. RASH, P.A.<br>Attorney for Plaintiff<br>88 N.E. 168th Street<br>North Miami Beach, Florida 33162<br>Telephone: (305) 653-6666<br>Facsimile: (305) 654-8435<br><br>By:_____<br>David C. Rash<br>Florida Bar No. 0977764 | HAYDEN and MILLIKEN, P.A.<br>Attorneys for Certain Defendants<br>5915 Ponce de Leon Blvd., Suite 63<br>Miami, Florida 33146-2435<br>Telephone: (305) 662-1523<br>Facsimile: (305) 663-1358<br><br>By:_____<br>Richard R. McCormack<br>Florida Bar No. 168850 |

DE ORCHIS, CORSA & HILLENBRAND, LLP
Attorneys for MEDITERRANEAN SHIPPING
COMPANY (USA), INC.
2650 Biscayne Boulevard
Miami, Florida 33137
Telephone: (305) 571-9200
Facsimile: (305) 571-9250

By:_____
Kenneth Gale Hawkes
Florida Bar No. 282243

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE coming on to be heard on the foregoing Joint Stipulation and Joint Motion for Dismissal With Prejudice, executed on behalf of the respective parties, and the

CASE NO. 00-6098-CIV-JORDAN

Court having considered the same and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the above-entitled action filed by the Plaintiff, MARIQUITA GUDIEL DE JUAREZ, as Surviving Spouse and Personal Representative of the Estate of RANULFO ESTRADA JUAREZ, deceased, be, and the same is hereby, dismissed with prejudice, with each party to bear its own costs and attorney's fees, and with the Plaintiff being responsible for and paying all medical expenses, liens, encumbrances, and subrogated interests, if any, out of the settlement proceeds; and it is further

ORDERED AND ADJUDGED that all letters of undertaking or other security issued or provided in connection with the above-styled cause including, but not limited to, that certain Letter of Undertaking issued on or about February 7, 2000, by or on behalf of the North of England P&I Association to David Rash, Esq., be and the same is hereby cancelled, discharged, and declared null and void *ab initio*, and the original letters of undertaking or other security shall be returned to the issuer thereof.

DONE AND ORDERED in Chambers, at Miami-Dade County, Florida, this 6th day of April, 2001.

_____
DISTRICT JUDGE

cc - Hayden and Milliken, P.A.
cc - Law Offices of David C. Rash, P.A.
cc - De Orchis, Corsa & Hillenbrand, LLP